THOMAS B. HARVEY (SBN 287198)
*(admission pending)*
LAW OFFICES OF THOMAS B. HARVEY
365 E. Avenida de Los Arboles, #226
Thousand Oaks, CA 91360
(805)768-4440
tbhlegal@proton.me

MARK KLEIMAN (SBN 115919)
KLEIMAN/RAJARAM
12121 Wilshire Blvd., Suite 810
Los Angeles, CA 90025
(310) 392-5455
mark@krlaw.us

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christian and Jewish Alliance Inc., a California not-for-profit corporation, Ezra Ministries, a California not-for-profit religious corporation, d/b/a The Mission Church, and Ruth Mastron,<br><br>*Plaintiffs,*<br><br>v.<br><br>Daniel Brunner, Aimee Magda Werth, Kristina Turner-Brown, Patrick Hartley, Sasha Spite Miller, Jacob Pagaduan, Esmat "Essie" Baradar, Jonathan Provance, Maya Karalius, and Does 1-40,<br><br>*Defendants.* | Case No. 3:25-cv-02992-W-AHG<br><br>**DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING**<br><br>HON. ANDREW G. SCHOPLER |

Defendants Daniel Brunner, Aimee Magda Werth, Kristina Turner-Brown, Patrick Hartley, Sasha Spite Miller, Jacob Pagaduan, Esmat "Essie" Baradar, Jonathan Provance, and Maya Karalius, by and through undersigned counsel, respectfully move this Court for an order extending the time to file a responsive pleading to Plaintiffs' Complaint until February 5, 2026. Plaintiffs, through counsel, have consented to this extension as set forth below.

## I. BACKGROUND

1. Plaintiffs filed their Complaint on November 4, 2025.

2. On December 2, 2025, counsel for Defendants, having recently been retained by Defendants, requested a meeting with counsel for Plaintiffs to discuss the status of the case.

3. On December 5, 2025, counsel for Plaintiffs and Defendants met by videoconference to discuss the timing of responsive pleadings, consolidation of deadlines to file responsive pleadings, and other related procedural matters, including the execution of waivers of service for certain Plaintiffs.

4. On December 10, 2025, counsel for Plaintiffs sent an email to counsel for Defendants confirming Plaintiffs' consent to a consolidation and extension of time for all responsive pleadings until February 5, 2026, conditioned upon Defendants' execution of waiver of service for the remaining Plaintiffs.

5. Defendants executed the requested waivers of service, and Plaintiffs' counsel filed the waivers with the court on December 16, 2026.

## II. LEGAL STANDARD

Federal Rule of Civil Procedure 6(b)(1) provides that the Court may, for good cause, extend the time for filing responsive pleadings. "The Federal Rules of Civil Procedure are to be liberally construed for the purpose of 'seeing that cases are tried on the merits.'" Jacobo v. Ford Motor Co., No. 25-CV-868 JLS (LR), 2025 U.S. Dist. LEXIS 144250, at *5-6 (S.D. Cal. July 28, 2025)(internal citations removed).

### III. GOOD CAUSE EXISTS FOR THE REQUESTED EXTENSION

Good cause exists to grant this unopposed motion. The parties have engaged in productive discussions regarding procedural matters, including service of process and consolidating responses in a multi-defendant case. An extension until February 5, 2026 will allow Defendants adequate time to review the Complaint, and coordinate a unified response strategy among multiple defendants.

This extension will not prejudice Plaintiffs, who have expressly consented to it. The extension will promote judicial efficiency by allowing the parties to resolve service issues and by establishing a single deadline for all Defendants' responsive pleadings.

### IV. CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court grant this unopposed motion and extend the deadline for all Defendants to file responsive pleadings to February 5, 2026.

Respectfully submitted,

Dated: January 5, 2026

KLEIMAN RAJARAM

By: /s/ Mark Kleiman
Mark Kleiman

LAW OFFICES OF THOMAS B. HARVEY

By: /s/ Thomas B. Harvey
Thomas B. Harvey
*(admission pending)*

Attorneys for Defendants

# CERTIFICATE OF SERVICE

All Case Participants are registered for the USDC CM/ECF System.

I hereby certify that on January 5, 2026, I electronically filed the foregoing with the clerk of the Court for the United States District Court, Southern District of California by using the CM/ECF System.

Participants in the case will be served by the CM/ECF System.

Dated: January 5, 2026                    By:    /s/ Mark Kleiman

Mark Kleiman (SBN 115919)
Counsel for Defendants
KLEIMAN/RAJARAM
12121 Wilshire Blvd., Suite 810
Los Angeles, CA 90025
(310) 392-5455
mark@krlaw.us