FIXIC. Kevin Marshall (DCSBN 476266)
John C. Brinkerhoff Jr. (DCSBN 1765474)
Janessa B. Mackenzie (DCSBN 90007987)
**JONES DAY**
51 Louisiana Ave., NW
Washington, DC 20001
Telephone: (202) 879-3939
Email: jbrinkerhoff@jonesday.com

David J. Hacker (SBN 249272)
Jeremiah G. Dys (TXSBN 24096415)
Kayla A. Toney (TXSBN 24141332)
**FIRST LIBERTY INSTITUTE**
2001 W. Plano Pkwy, Ste. 1600
Plano, TX 75075
Telephone: (972) 941-4444
Email: dhacker@firstliberty.org

*Attorneys for Plaintiffs Christian & Jewish Alliance,*
*Ezra Ministries, and Ruth Mastron*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christian & Jewish Alliance Inc., a California not-for-profit corporation, Ezra Ministries, a California not-for-profit religious corporation, d/b/a The Mission Church, and Ruth Mastron,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>Daniel Brunner, Aimee Magda Werth, Kristina Turner-Brown, Patrick Hartley, Sasha Spite Miller, Jacob Pagaduan, Jonathan Provance, Maya Karalius, and Does 1-40,<br><br>    *Defendants*. | Case No. 3:25-cv-02992-AGS-AHG<br>Judge: Hon. Andrew G. Schopler<br><br>**NOTICE OF MOTION AND MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Date: June 4, 2026<br>Time: 2:00 p.m.<br>Location: Courtroom 5C |

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on March 23, 2026, Plaintiffs Christian and Jewish Alliance, Inc. and The Mission Church will and hereby do move this court, pursuant to Rule 65 of the Federal Rules of Civil Procedure, for a preliminary injunction order enjoining Kristina Turner-Brown, Sasha Spite Miller, Jonathan Provance, Amy Werth, and all other persons acting on their behalf or in concert with them during the pendency of this action: (1) from trespassing on, blocking, impeding, or obstructing access to, ingress into, or egress from the Mission Church; and (2) from demonstrating on the sidewalk abutting the Church entrance and its parking lot that parallels Carlsbad Village Drive.

For the reasons laid out in the attached memorandum in support of this motion, (1) Plaintiffs are likely to succeed on the merits of their claims; (2) absent a preliminary injunction, Plaintiffs are likely to suffer irreparable harm; (3) the balance of the equities tips sharply in Plaintiffs' favor; and (4) the public interest supports an injunction.

This Motion is based on this Notice of Motion; the Memorandum of Points and Authorities in Support; the declarations and evidence filed concurrently herewith, and upon any further matters the Court deems appropriate.

MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 3:25-CV-02992-AGS-AHG

Dated: March 23, 2026

By: */s/ John C. Brinkerhoff Jr.*
John C. Brinkerhoff Jr.

David J. Hacker (SBN 249272)
Jeremiah G. Dys (*pro hac vice*)
Kayla A. Toney (*pro hac vice*)
**FIRST LIBERTY INSTITUTE**
20001 W. Plano Pkwy, Ste. 1600
Plano, TX 75075
Telephone: (972) 941-4444
Email: dhacker@firstliberty.org

C. Kevin Marshall (*pro hac vice*)
John C. Brinkerhoff Jr. (*pro hac vice*)
Janessa Mackenzie (*pro hac vice*)
**JONES DAY**
51 Louisiana Ave., NW
Washington, DC 20001
Telephone: (202) 879-3939
Email: jbrinkerhoff@jonesday.com

*Attorneys for Plaintiffs Christian & Jewish Alliance,*
*Ezra Ministries, and Ruth Mastron*

MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 3:25-CV-02992-AGS-AHG

## RULE 5 CERTIFICATE OF COMPLIANCE

Pursuant to Chambers Rule 5, Counsel for Plaintiffs certifies that they met with Counsel for Defendants via videoconference on Friday, March 13, 2026, and continued to correspond on March 16, 17, 19, and 23 about this Motion.

Dated: March 23, 2026

By: */s/ John C. Brinkerhoff Jr.*
     John C. Brinkerhoff Jr.

MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 3:25-CV-02992-AGS-AHG

## CERTIFICATE OF SERVICE

All case participants are users of this Court's Electronic Filing System.  I certify that on March 23, 2026, a true and correct copy of the foregoing document was served upon all parties of record through this Court's Electronic Filing System.  True and correct copies of exhibits that cannot be filed through this Court's Electronic Filing System will be served to opposing counsel through digital upload, as agreed to by the parties.

Dated: March 23, 2026

By: */s/ John C. Brinkerhoff Jr.*
John C. Brinkerhoff Jr.

MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 3:25-CV-02992-AGS-AHG