Thomas B. Harvey (SBN 287198)
**Law Offices of Thomas B. Harvey**
365 E. Avenida de Los Arboles, #226
Thousand Oaks, CA 91360
Telephone: (805)768-4440
Email: tbhlegal@proton.me

Ben Gharagozli (SBN 272302)
**Law Offices of Ben Gharagozli**
7655 Winnetka Avenue, #2010
Winnetka, CA 91306
Telephone: (310) 272-9211
Facsimile: (855) 628-5517
Email: ben@lobglaw.com

Mark Kleiman (SBN 115919)
**Kleiman/Rajaram**
12121 Wilshire Blvd., Suite 810
Los Angeles, CA 90025
Telephone: (310) 392-5455
Email: mark@krlaw.us

Attorneys for Named Defendants

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christian and Jewish Alliance Inc., a California not-for-profit corporation, Ezra Ministries, a California not-for-profit religious corporation, d/b/a The Mission Church, and Ruth Mastron, <br><br> *Plaintiffs,* <br><br> v. <br><br> Daniel Brunner, Aimee Magda Werth, Kristina Turner-Brown, Patrick Hartley, Sasha Spite Miller, Jacob Pagaduan, Esmat "Essie" Baradar, Jonathan Provance, Maya Karalius, and Does 1-40, <br><br> *Defendants*. | Case No. 3:25-cv-02992-W-AHG <br><br> **JOINT MOTION STIPULATION TO ALLOW ADDITIONAL PAGES (PROPOSED ORDER SUBMITTED SEPARATELY TO THE COURT)** <br><br> HONORABLE ANDREW G. SCHOPLER |

JOINT MOTION STIPULATION ALLOWING ADDITIONAL PAGES

Plaintiffs, Christian and Jewish Alliance Inc., Ezra Ministries, a California not-for-profit religious corporation, d/b/a The Mission Church, and Ruth Mastron (hereinafter "Plaintiffs") and Defendants Daniel Brunner, Aimee Magda Werth, Kristina Turner-Brown, Patrick Hartley, Sasha Spite Miller, Jacob Pagaduan, Jonathan Provance, and Maya Karalius (hereinafter "Defendants") (together "The Parties") jointly move the Court, for an order allowing The Parties additional pages in their Motion to Dismiss briefing.

In support of this Joint Motion, the Parties hereby stipulate as follows:

1. Plaintiffs filed their First Amended Complaint in the above-captioned matter on March 23, 2026.

2. The Parties submitted and the Court approved a briefing schedule on March 30, 2026.

3. The Parties have engaged in ongoing meet-and-confer efforts and have been able to resolve certain issues by agreement without the need for motion practice.

4. As part of those cooperative efforts, the parties jointly stipulate that each party should be allowed 5 (five) additional pages for the Defendants' Motion to Dismiss and the Plaintiffs' Opposition. Defendants should be allowed an additional 2 (two) pages for their Reply.

5. The First Amended Complaint asserts claims arising from three distinct events involving eight different defendants and factual circumstances. The

JOINT MOTION STIPULATION ALLOWING ADDITIONAL PAGES

motion to dismiss addresses multiple independent legal issues, including statutory interpretation under 18 U.S.C. § 248 and related constitutional considerations. Additional pages will allow the Parties to properly brief these issues for the Court.

6. Good cause exists for the Parties to be allowed additional pages to properly present their arguments to the Court.

## RELIEF REQUESTED

1. Accordingly, the Parties jointly request that the Court enter the proposed order submitted by email to the Court, allowing the Parties 5 (five) additional pages for the Motion to Dismiss and the Opposition, as well as an additional 2 (two) pages for Defendants' Reply.

DATED: April 7, 2026                    RESPECTFULLY SUBMITTED,

LAW OFFICES OF THOMAS B. HARVEY

BY: _____

Thomas B. Harvey

LAW OFFICES OF BEN GHARAGOZLI

BY: _____/s/ Benham Gharagozli_____

Ben Gharagozli

KLEIMAN/RAJARAM

BY: _____/s/ Mark Kleiman_____

Mark Kleiman

- 3 -

Attorneys for Defendants


JONES DAY

By:    /s/ John C. Brinkerhoff, Jr.
John C. Brinkerhoff Jr.


FIRST LIBERTY INSTITUTE

By:    /s/ Jeremy Dys
Jeremy Dys

Attorneys for Plaintiffs

JOINT MOTION STIPULATION ALLOWING ADDITIONAL PAGES