## <u>DECLARATION OF BEN GHARAGOZLI</u>

I, Ben Gharagozli, declare:

1.     My name is Ben Gharagozli, and my business address is 7655 Winnetka Avenue, #2010 Winnetka, CA 91306.  I am not a party to this lawsuit.

2.     I have personal knowledge of the facts stated herein, and if called as a witness, I could and would competently testify thereto.

3.     I represent the Defendants in this action.

4.     Attached as **Exhibit "A"** is a true and accurate copy of a PDF I downloaded on April 7, 2026 from https://nkusa.org, the website for Neturei Karta International.

5.     On March 5, 2026, I conducted a Google search for "Einat Wilf". Among the results was Einat Wilf's Wikipedia page, which I downloaded the same day as a PDF.  A true and accurate copy of the aforementioned PDF's are attached as **Exhibit "C"**.

6.     Attached as **"Exhibit D"** is a true and accurate copy of a PDF of an article that I downloaded on April 7, 2026 from the www.972mag.com website.

7.     Attached as **"Exhibit E"** is a true and accurate copy of a PDF that I downloaded on April 7, 2026 from the www.standwithus.com website.

//

//

//

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.  Executed this 7th day of April 2026.

*Ben Gharagozli*

_____

Ben Gharagozli

DECLARATIONS

## <u>DECLARATION OF THOMAS B. HARVEY</u>

I, Thomas B. Harvey, declare:

1.     My name is Thomas B. Harvey and my business address is 365 E. Avenida de Los Arboles, #226, Thousand Oaks, CA 91360.  I am not a party to this lawsuit.  I have personal knowledge of the facts stated herein, and if called as a witness, I could and would competently testify thereto.

2.     I represent the Defendants in this action.

3.     Attached as **Exhibit "B"** is a true and accurate copy of the May 19, 2023 presentation titled "Preparing for the CUSD Listening & Learning Meetings" slides that I downloaded online .

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.  Executed this 7th day of April 2026.


/s/Thomas B. Harvey
_____

Thomas B. Harvey

DECLARATIONS

# DECLARATION OF JACOB PAGADUAN IN SUPPORT OF SPECIAL MOTION TO STRIKE PLAINTIFFS' FIRST AMENDED COMPLAINT

I, JACOB PAGADUAN, declare as follows:

1. My name is Jacob Pagaduan and I am a named Defendant in this action. The following facts are within my own personal knowledge, except where stated on information and belief. If called upon to testify, I could and would do so competently.

2. I make this declaration in support of my Special Motion to Strike the First Amended Complaint filed in *Christian and Jewish Alliance v Brunner, et al*, 3:25-cv-02992-W-AHG.

3. I have recently graduated with honor from San Diego State University with a major in Sociology and a minor in Asian American Studies, following a long history of involvement with many on-campus and extra-curricular organizations.

4. Over the past two and a half years of the Israeli state's genocidal onslaught of the Palestinian people, I have felt called to raise my voice and advocate for the voiceless.

5. I attended Einat Wilf's political lecture on March 19, 2025.

6. Einat Wilf's political speech that I attended was titled "Exploring Israel's Statehood and the Palestinian Refugee Issue." The description of the event made no mention whatsoever of religion, prayer, worship, or of

10

DECLARATIONS

Doc ID: 0b587e9a432aae8e78d26fe06901ed663b86767e

Judaism. Rather, it was described as a political speech about Israel's statehood and the Palestinian refugee issue, given by Einat Wilf, who is a former McKinsey Consultant and a former member of the Israeli Knesset who had previously openly taken anti-Palestinian and pro-Israel political positions.

7. McKinsey & Company is well known for consulting with foreign and domestic political powers. It has repeatedly drawn public scrutiny for advising foreign governments accused of severe human-rights abuses and helping agencies design enforcement systems. A McKinsey analysis of Saudi social-media discourse identified prominent government critics, leading to their torture, imprisonment, and death. McKinsey's work has also been criticized for its work with Immigration and Customs Enforcement (ICE) and related DHS operations.

8. Once I was issued a wrist band and entered the building, I listened to Einat Wilf's political speech about Palestinian refugees. Einat Wilf expressed political hostility towards Palestinian refugees, blaming them for being colonized and denied basic rights and sovereignty. At some point, I stood up to voice my opinion in opposition at a political speech. In response, several men attacked me.

9. I was attacked and thrown to the ground, at which point one of the men put his knee into my chest while I was helpless.

11
DECLARATIONS

Doc ID: 0b587e9a432aae8e78d26fe06901ed663b86767e

10. Once outside, I joined up with protestors outside the political speech to peacefully protest in favor of Palestinian rights and in opposition to Israel's violation of Palestinian rights. We continued to comply with church security and police orders, and as the lecture ended and the event attendees began to leave, there was a physical barrier in the form of police and church security between us and said attendees.

11. I never committed any unlawful activity at Mission Church on March 19, 2025. I was not cited, charged or arrested for trespassing at the Mission Church.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct. Executed this 5th day of April 2026.

Jacob Pagaduan

DECLARATIONS

Doc ID: 0b587e9a432aae8e78d26fe06901ed663b86767e

# <u>DECLARATION OF KRISTINA TURNER-BROWN IN SUPPORT OF</u>

# <u>SPECIAL MOTION TO STRIKE PLAINTIFFS' FIRST AMENDED</u>

# <u>COMPLAINT</u>

I, KRISTINA TURNER-BROWN, declare as follows:

1. My name is Kristina Turner-Brown and I am a named Defendant in this action. The following facts are within my own personal knowledge, except where stated on information and belief. If called upon to testify, I could and would do so competently.

2. I make this declaration in support of my Special Motion to Strike the First Amended Complaint filed in *Christian and Jewish Alliance v Brunner*, et al, 3:25-cv-02992-W-AHG.

3. I am a thirty-one-year-old Black woman with Hispanic heritage who is a part-time employee and a full-time student. I dedicate what little free time I have to help make my community a safe place by volunteering and advocating for the underserved. I have grown up in this country witnessing multitudes of unjust violence against people of color and I do not stand for it.

4. I attended Dr. Einat Wilf's political lecture on March 19, 2025. I registered for the event. I never intended to deceive the church. I have protested before, experienced harassment, and believe my privacy is important.

5. Dr. Wilf's political speech that I attended was titled "Exploring Israel's

DECLARATIONS

Doc ID: 9f1dbd8791fbc9d1b7be9efe29d10f4efec7535b

Statehood and the Palestinian Refugee Issue." The description of the event made no mention whatsoever of religion, prayer, worship, or of Judaism. Rather, it was described as a political speech about Israel's statehood and the Palestinian refugee issue, given by Dr. Wilf, who is a former McKinsey Consultant and a former member of the Israeli Knesset who had previously openly taken anti-Palestinian and pro-Israel political positions.

6. McKinsey & Company is well known for consulting with foreign and domestic political powers. It has repeatedly drawn public scrutiny for advising foreign governments accused of severe human-rights abuses and helping agencies design enforcement systems. A McKinsey analysis of Saudi social-media discourse identified prominent government critics, leading to their torture, imprisonment, and death. McKinsey's work has also been criticized for its work with Immigration and Customs Enforcement (ICE) and related DHS operations.

7. I thought it was important to protest a talk by Einat Wilf, as she openly supports the apartheid state of Israel while it is committing genocide against the Palestinian people. Einat Wilf recited her false narrative about how Palestinians are to blame for being colonized and denied basic rights and sovereignty.

8. I never trespassed on the Church's property that day. I entered and received

1

DECLARATIONS

Doc ID: 9f1dbd8791fbc9d1b7be9efe29d10f4efec7535b

a wristband to attend the event. I was not cited, charged or arrested for trespassing at the Mission Church.

9. As other guests in attendance tried to voice their concerns over what was being said, staff and members of the church physically attacked and removed them. Outraged by this act of violence, I too stood up to object the lies Einat Wilf was spewing.

10. As a result, I was violently attacked, too. At least 3-4 grown men grabbed me by my arms, shoulders and torso and tried to throw me down the flight of stairs. These men did not allow me to gain my balance, instead the pushed, pulled and shoved me to the exit doors.

11. Once outside the venue I joined the rest of the individuals exercising their right to peacefully protest in favor of Palestinian rights and in opposition to Israel's violation of Palestinian rights on a public walkway. As the event was over, audience members unnecessarily made physical contact with protesters by shoving some and grabbing others. A police officer came to me directing that I move from my protest location and I complied with the officer's instruction.

12. I never blocked ingress or egress to Mission Church. I never trespassed at Mission Church. I was not cited, charged or arrested for trespassing at the Mission Church.

2
DECLARATIONS

Doc ID: 9f1dbd8791fbc9d1b7be9efe29d10f4efec7535b

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.  Executed this 5th day of April 2026.

_____

Kristina Turner-Brown

3

DECLARATIONS

Doc ID: 9f1dbd8791fbc9d1b7be9efe29d10f4efec7535b

# **DECLARATION OF SASHA MILLER IN SUPPORT OF SPECIAL MOTION TO STRIKE PLAINTIFFS' FIRST AMENDED COMPLAINT**

I, SASHA MILLER, declare as follows:

1. My name is Sasha Miller, and I am a named Defendant in this action. I am. The following facts are within my own personal knowledge, except where stated on information and belief. If called upon to testify, I could and would do so competently.

2. I make this declaration in support of my Special Motion to Strike the First Amended Complaint filed in *Christian and Jewish Alliance v Brunner, et al*, 3:25-cv-02992-W-AHG.

3. I attended Einat Wilf's political lecture on March 19, 2025. I registered for the event under my name. I entered, gave my name, and received a wrist band for the event.

4. Einat Wilf's political speech that I attended was titled "Exploring Israel's Statehood and the Palestinian Refugee Issue." The description of the event made no mention whatsoever of religion, prayer, worship, or of Judaism. Rather, it was described as a political speech about Israel's statehood and the Palestinian refugee issue, given by Dr. Wilf, who is a former McKinsey Consultant and a former member of the Israeli Knesset who had previously openly taken anti-Palestinian and pro-Israel political positions.

4

DECLARATIONS

Doc ID: 76184b377def98aca87c79969c69ac81349a56af

5. McKinsey & Company is well known for consulting with foreign and domestic political powers. It has repeatedly drawn public scrutiny for advising foreign governments accused of severe human-rights abuses and helping agencies design enforcement systems. A McKinsey analysis of Saudi social-media discourse identified prominent government critics, leading to their torture, imprisonment, and death. McKinsey's work has also been criticized for its work with Immigration and Customs Enforcement (ICE) and related DHS operations.

6. I attended this lecture at Mission Church as a concerned community member interested in how the lecturer viewed the "Palestinian refugee" issue. Dr. Wilf expressed political hostility towards Palestinian refugees, blaming them for being colonized and denied basic rights and sovereignty. While there, I stood up to voice my opinion in opposition to her political speech on this issue.

7. In response, several men grabbed me and proceeded to physically assault me. While outside I was assaulted by a parishioner who came up to me, grabbed my face, scratched me, and shook me.

8. The Carlsbad police were standing right next to me, watched the event, and did nothing. I filed a police report against my assailant and the police who did nothing to protect me while exercising my First Amendment rights.

DECLARATIONS

Doc ID: 76184b377def98aca87c79969c69ac81349a56af

9.  I never engaged in unlawful activity at Mission Church on March 19, 2025.

I was not cited, charged or arrested for trespassing at the Mission Church.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.  Executed this 5th day of April 2026.

*Sasha Miller*

_____

Sasha Miller

6

DECLARATIONS

Doc ID: 76184b377def98aca87c79969c69ac81349a56af

## DECLARATION OF REVEREND DANIEL BRUNNER IN SUPPORT OF SPECIAL MOTION TO STRIKE PLAINTIFFS' FIRST AMENDED COMPLAINT

I, REVEREND DANIEL BRUNNER, declare as follows:

1. My name is Reverend Daniel Brunner and I am a named Defendant in this action. The following facts are within my own personal knowledge, except where stated on information and belief. If called upon to testify, I could and would do so competently.

2. I make this declaration in support of my Special Motion to Strike the First Amended Complaint filed in *Christian and Jewish Alliance v Brunner, et al*, 3:25-cv-02992-W-AHG.

3. I am an ordained clergy for American Baptist Churches USA. I have a BA, MDiv, and MEd. (Old Dominion University, Central Baptist Theological Seminary, University of Phoenix). I am now retired and am a member of a local church living in San Diego..

4. I became aware of Mission Church hosting a public policy speech given by former member of the Israeli Knesset, scholar, and a self-proclaimed expert on the current conflict in the Middle East, Einat Wilf.

5. The mass human suffering in Palestine is of great political importance to me. I politically oppose Israel's human rights violations against the Palestinian people and the death and destruction Israel has brought on

Doc ID: 731cbe79917489e3288b0824b3bd2981d62c1f46

them. I believe it is important for all people, but especially those of faith, to stand up against this kind of violence. I protest regularly about the violence committed by Israel and supported by the US in Palestine, as well as other political issues.

6. As a long-time pastor, I find the use of a sanctuary to host a purely political speech offensive, especially a speech by someone like Einat Wilf who is on the record as supporting the violence causing mass human suffering in Palestine. I have hosted and participated in many interfaith dialogues, but never in something as overtly political with no pretense of a relationship to faith.

7. Mission Church Pastor David Menard is known for supporting politics through his church. He asked his congregants for money so that the church could donate money to political candidates in violation of IRS regulations. They have been accused of using religious protections as a shield to hide their political interests and I believe those accusations have merit.

8. This is why I thought it was important to protest Wilf's political speech. However, I was unable to attend the protest due to an all call from another organization for a protest at the federal building in downtown San Diego on March 19, 2025. I was there from just before four o'clock until after sundown. Wilf's political speech was at least 50 miles away so I could not attend both protests.

8

DECLARATIONS

9. I never went to Mission Church on March 19, 2025. I never blocked egress or ingress at the Church or on its parking lot. I did not provide guidance to anyone else at the Church that day. I was not present on March 19, 2025 at Mission Church at any time. I was not cited, charged, or arrested for trespassing at the Mission Church.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct. Executed this 5th day of April 2026.

_____

Reverend Daniel Brunner

9

DECLARATIONS

Doc ID: 731cbe79917489e3288b0824b3bd2981d62c1f46

## DECLARATION OF PATRICK HARTLEY IN SUPPORT OF SPECIAL MOTION TO STRIKE PLAINTIFFS' FIRST AMENDED COMPLAINT

I, PATRICK HARTLEY, declare as follows:

1. My name is Patrick Hartley, and I am a named Defendant in this action. The following facts are within my own personal knowledge, except where stated on information and belief. If called upon to testify, I could and would do so competently.

2. I make this declaration in support of my Special Motion to Strike the First Amended Complaint filed in *Christian and Jewish Alliance v Brunner, et al*, 3:25-cv-02992-W-AHG.

3. I am a freelance photographer.

4. I attended Einat Wilf's political lecture on March 19, 2025. I registered for the event and received a wrist band for the event.

5. Einat Wilf's political speech that I attended was titled "Exploring Israel's Statehood and the Palestinian Refugee Issue." The description of the event made no mention whatsoever of religion, prayer, worship, or of Judaism. Rather, it was described as a political speech about Israel's statehood and the Palestinian refugee issue, given by Einat Wilf, who is a former McKinsey Consultant, served as an intelligence officer in Unit 8200 of the IDF, and a former member of the Israeli Knesset who had previously openly taken anti-Palestinian and pro-Israel political positions.

DECLARATIONS

6. McKinsey & Company is well known for consulting with foreign and domestic political powers. It has repeatedly drawn public scrutiny for advising foreign governments accused of severe human-rights abuses and helping agencies design enforcement systems. A McKinsey analysis of Saudi social-media discourse identified prominent government critics, leading to their torture, imprisonment, and death. McKinsey's work has also been criticized for its work with Immigration and Customs Enforcement (ICE) and related DHS operations.

7. My motivation to attend this political speech was to exercise my right to criticize the speakers' open political support of the political practices of the state of Israel. I specifically oppose Israel's violation of Palestinian human rights, and genocidal acts.

8. I waited until Einat Wilf started reciting her false narrative about how Palestinian refugees are to blame for being colonized and denied basic rights and sovereignty. I stood up to voice my opinion in opposition to her political speech.

9. At some point, I was asked to leave, which I did.

10. Once out on the sidewalk, I joined other people protesting Dr. Wilf's political speech. At some point, the congregants started coming out and the sidewalk was more crowded because of them.

11. I never engaged in unlawful activity at Mission Church on March 19, 2025.

1

DECLARATIONS

I was not cited, charged or arrested for trespassing at the Mission Church.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.  Executed this 6th day of April 2026.

*Pat Nhar*
_____

Patrick Hartley

2

DECLARATIONS