# EXHIBIT A

# Our Mission

Neturei Karta is the voice of masses of Orthodox Jews who follow traditional Judaism in its opposition to the philosophy of Zionism, the existence of the State of Israel, opposes the Zionist occupation of Palestine and condemn the ongoing atrocities committed to its people.

Read More →

## Latest News



📅 March 13, 2026        🗐 Demonstrations

### Global Quds Day Protests: Millions Rally Including Jews Opposing Zionism and the

On Friday, March 13, 2026, millions of people from many differ globe took ...

🔖 Quds day



ZIONIST QUOTES

# An idea rose on my heart to bring on anti-Semitism and to obliterate
# Jewish wealth

*Theodor Herzl, - founder of the Zionist movement*

**! Important Facts**

The Zionists never meant to coexist with the Arabs. Their original intention was to ethnically cleanse the land from its indigenous population



# Activities



## Attending Events →



### International Conference for Palestine Held in Tehran

🔖 Iran    📍 Tehran, Iran



## Demonstrations →



### Anti-Zionist Jews Join Car Caravan for Palestine

🔖 Gaza    📍 Brooklyn, New York



→

### 📇 Lectures →



**Lecture by Rabbi Ahron Cohen at the Abrahamic Foundation in the UK**

📍 London, UK

### 🤝 Meetings →




**Delegation of Neturei Karta in Dearborn, Michigan**

🔖 Judaism and Zionism

📍 Dearborn, Michigan

### 👥 Advocacy →



**London's International Quds Day: Muslims and Jews Unite on Double Decker Bus for Palestine**

🔖 Quds day    📍 London, UK

### ⚖ Solidarity →



**Nakba 77 Commemoration at the United Nations: Anti-Zionist Jews Stand in Solidarity with Palestine**

🔖 Nakba    📍 New York

## Israeli Violence

 



**Zionist Interior Minister Bans Anti-Zionist Rabbi After Meeting with I ...**



**Israeli Police Raid And Target Anti-Zionist Jews and Remove Palestinia ...**

Th
ru

## Documents & Resources

‹  ›

**Articles**

**Pamphlets**

**Facts**

**Sources**



**NK Letters**



**For Jews**

## Most popular

 



### Netanyahu's Speech to U.S. Congress Met with Massive Protests



### Iran's Foreign Minister receives delegation of anti-Zionist Rabb ...

Q
d



## Invite Us

NKI Rabbis are available to attend or speak at universities, conferences, or rallies in a wide range of locations, as well as for radio and television interviews.

Invite Us ⟶



## Support Us

Every donation, no matter the size, makes a difference. Your support helps us continue our vital work and make a positive impact in the world.

Support Us ⟶

# EXHIBIT B

000001

# Preparing for the CUSD Listening & Learning Meetings

Friday, May 19, 2023
5:00 pm

## WELCOME!
### We're so glad you are here

000002

# GOD IN GOVERNMENT?

# OR SEPARATION OF CHURCH & STATE?

000003

The first two Presidents of the United States were strong patrons of religion:  **George Washington** was an Episcopal, and **John Adams** described himself as "a church going animal." Both offered strong support for religion in government...

**THE LIBRARY OF CONGRESS**

000004

"It is impossible to rightly govern the world **without God and the Bible**. Do not ever let anyone claim to be a true American patriot if they ever attempt to separate religion from politics."

**GEORGE WASHINGTON**

000005

In his Farewell Address of Sept. 1796, **George Washington** called religion, "the source of morality," and "a necessary spring of popular government."...

**THE LIBRARY OF CONGRESS**

000006

**<u>John Adams</u>** said, "Statesmen may plan and speculate for Liberty, but it is Religion and Morality alone, which can establish the principles upon which freedom can securely stand."...

**THE LIBRARY OF CONGRESS**

000007

The eighty-one-year-old **Ben Franklin** said: "The longer I live, the more convincing proofs I see of this truth - that God governs in the affairs of men.  I also believe, that without His concurring aid, we shall succeed in this political building no better than the Builders of Babel."

**THE LIBRARY OF CONGRESS**

000008

# GOD IN GOVERNMENT?

# OR SEPARATION OF CHURCH & STATE?

000009

# Preparing for the CUSD Listening & Learning Meetings

Friday, May 19, 2023
5:00 pm



➔ What will the Listening and Learning Session Look Like?

➔ What are We Asking of You?

➔ Being a Good Witness of Jesus

➔ Why We Need Change in School Policy

➔ Equipping You to Know How to Respond



## Staff Presentation (10 min)

➔ Introductions
➔ Overview of Diversity, Equity, Inclusion, and Belonging Goals & Success Indicators
➔ Highlights From a District Survey (5-10 Data Points)
➔ Norms & Expectations
➔ Explanation of the Feedback Process

## Small Group Table Talk on a limited number of guiding questions (40-45 min)

➔ Feedback using charts and online form

## Closing (5-10 min)

➔ Explanation of next steps
➔ Timeline

Expect at least one board member and one district representative at each site.



**WHAT ARE WE ASKING OF YOU THIS TUESDAY?**

***Specificity is the friend of action.***

Speak a bold message calmly, clearly, respectfully as an ambassador of Jesus.

What we are asking for:

1. **FULL TRANSPARENCY in terms of Curriculum and Parental Rights**



**WHAT ARE WE ASKING OF YOU THIS TUESDAY?**

*Specificity is the friend of action.*

Speak a bold message calmly, clearly, respectfully as an ambassador of Jesus.

What we are asking for:

1. **FULL TRANSPARENCY in terms of Curriculum and Parental Rights**

2. **No Sexual Identity or Gender Ideology Curriculum, Groups, or Celebrations on public school campus**



# BEING A GOOD WITNESS OF JESUS

000014

➔ Conduct ourselves as **AMBASSADORS OF JESUS CHRIST**

- ◆ Stay calm
- ◆ Show respect
- ◆ Appeal to reason and logic
- ◆ Thank them for the opportunity to be part of the discussion

➔ Be **BOLD:**

We are peacemakers, not peacekeepers

- ◆ Don't back down from your convictions

- ◆ State concerns respectfully and firmly

# WHY WE NEED CHANGE IN SCHOOL POLICY

*"Where knowledge is lacking, ideology steps in"*

The following slides are intended to equip you with data, statistics, and additional resources so that you can speak to **why** we are specifically asking for these two items:

You will be given access to all of these slides as well as links to additional resources.



000016

# 3 STATED GOALS OF
## CARLSBAD SCHOOL DIST.

# DIVERSITY, EQUITY, & INCLUSION PLAN

**Goal 1:** Prepare students and graduates for diverse and inclusive environments by fostering the development of trusted relationships with staff and the community.

**Goal 2:** Empower CUSD education professionals to create safe and inclusive learning environments that allow for unique background, cultures and shared experiences to fuel a growth mindset.

**Goal 3:** Build structures that incorporate **Diversity**, **Equity**, and **Inclusion**.



## CURRENT LEGISLATION

## AND WHAT THIS MEANS FOR OUR SCHOOLS

*FAIR Education Act (Senate Bill 48)*

*School Success & Opportunity Act (Assembly Bill 1226)*

*Calif. Healthy Youth Act (Assembly Bill 1226)*



**THE DATA:**

➔ **Suicide is a Serious Risk**

➔ **Sex Isn't Assigned and Surgery Can't Change It**

➔ **There Are Extremely High Desistance Rates**

➔ **It Appears to Be A Social Contagion**

➔ **Transitioning Does Not Bring Relief From Pain**



*Specificity is the friend of action.*

Speak a bold message calmly, clearly, respectfully as an ambassador of Jesus.

What we are asking for:

1.   **FULL TRANSPARENCY in terms of Curriculum and Parental Rights**



000020

# WHAT ARE WE ASKING OF YOU THIS TUESDAY?

***Specificity is the friend of action.***

Speak a bold message calmly, clearly, respectfully as an ambassador of Jesus.

<u>What we are asking for:</u>

1.  **FULL TRANSPARENCY in terms of Curriculum and Parental Rights**

2.  **No Sexual Identity or Gender Ideology Curriculum, Groups, or Celebrations on public school campus**

## LISTENING & LEARNING

# MEETING TIMES & LOCATIONS

## This Tuesday, May 23

### Buena Vista Elementary School
1330 Buena Vista Way
6:00 - 7:00 pm    (Multipurpose Room)

### Kelly Elementary School
4885 Kelly Drive
6:00 - 7:00 pm (Multipurpose Room)

### Poinsettia Elementary School
2445 Mica Drive
7:00 - 8:00 pm (Multipurpose Room)

## PREPARING FOR THE CUSD LISTENING & LEARNING SESSION

**WHAT ARE WE ASKING FOR?**

1) Full transparency in terms of curriculum and parental rights.

2) No sexual identity or gender ideology curriculum, groups, or celebrations on public school campus.

**WHY ARE WE ASKING FOR IT?**   *(RESOURCES & DATA TO EQUIP YOU TO SPEAK BOLDLY IN LOVE)*

1) **Suicide is a Serious Risk for LGBTQ Students**
   a) 2011 study out of Sweden: long-term affects of sex-rassignment surgery found "increased mortality and psychiatric hospitalization…the mortality was primarily due to completed suicide." (19.1 fold greater than control group)
   b) December 2022 Article in the Guardian: "44% of LGBTQ+ youth considered suicide and 14% attempted suicide, [specifically] for trans and non-binary respondents, the findings were worse, with 54% considering and 19% attempting suicide.

2) **Sex Isn't Assigned, Surgery Can't Change It, and the Side-Effects are Devastating**
   a) During a recent talk at Duke University on trans healthcare policy, "trans affirming" doctor Marci Bowers admitted that children who medically transition before puberty will never experience full adult sexual function."
   b) Karalinska Hospital in Sweden, one of the world's most renowned medical establishments, to end the practice of prescribing puberty-blockers to minors. "Chemically altering the bodies of healthy children after teaching them to hate their bodies isn't just bad medicine; it's malpractice. Turning around from this ledge is progress, and proves a jump over it isn't inevitable." (Oneofus, 2021)

3) **There Are Extremely High Desistance Rates in the LGBTQ Community**
   Desistance: the tendency for gender dysphoria to resolve itself as a child gets older.
   a) 11 studies going back to 1972, examining how often kids with gender dysphoria end up identifying as transgender in the long run. While the actual percentages vary from study to study, overall, it appears that "about 80% of kids with gender dysphoria end up feeling okay, in the long run, with the bodies they were born into."\
   b) A study out of Amsterdam found that of the "139 patients she got in touch with, all of them natal males, 122 or 88% had desisted."

4) **Identifying as LGBTQ Appears to Have Elements of a Social Contagion**
   a) A study by Milton Diamond published in the International Journal of Transgenderism looked at transgender individuals with identical twins. It noted that their twin identified as transgender in 20% of cases. Dr. Quentin Van Meter noted in court testimony that, "the concordance rate would be close to 100% if genes and/or prenatal hormones were the primary causes of transgender identities."
   b) According to the Williams Institute out of UCLA, "Nearly one in five identify as transgender are ages 13-17"

### Sexual Orientation or Gender Identity, by Generation, 2022

Which of the following do you consider yourself to be? You can select as many as apply. Straight or heterosexual; Lesbian; Gay; Bisexual; Transgender

| | Generation Z % | Millennials % | Generation X % | Baby boomers % | Silent Generation % |
|---|---|---|---|---|---|
| Total LGBT | 19.7 | 11.2 | 3.3 | 2.7 | 1.7 |
| Lesbian | 2.2 | 1.5 | 0.5 | 0.7 | 0.2 |
| Gay | 3.4 | 1.9 | 0.8 | 1.0 | 0.8 |
| Bisexual | 13.1 | 6.9 | 1.6 | 0.7 | 0.6 |
| Transgender | 1.9 | 1.0 | 0.3 | 0.2 | *0.05 |
| Other LGBT | 1.5 | 0.2 | 0.1 | 0.2 | 0.2 |

Sum of categories may exceed the total because respondents can choose multiple identities.
Birth years for each generation: Generation Z (1997-2004), Millennials (1981-1996), Generation X (1965-1980), baby boomers (1946-1964), Silent Generation (1945 and earlier).
Based on aggregated data from 2022 Gallup telephone polls.

Get the data • Download image                                      GALLUP

5) **Transitioning Does Not Bring Relief from Pain**
   a) According to an August 2016 study from the Centers for Medicare and Medicaid, "the four best designed and conducted studies that assessed quality of life before and after surgery using validated psychometric studies did not demonstrate clinically significant changes or differences in psychometric test results after grs (gender reassignment surgery).
   b) In a 2016 article in Public Discourse, Walt Heyer tells of his experience working to support those detransitioning. Walt notes, "Every single one of them had unwanted pain caused by sexual abuse, deep trauma, mental disorders, horrible loss, or terrible family circumstances in early life."

**Carlsbad Unified School Dist. DEI Plan**
 **Goal 1:** Prepare students and graduates for diverse and inclusive environments by fostering the development of trusted relationships with staff and the community.
→ **Goal 2:** Empower CUSD education professionals to create safe and inclusive learning environments that allow for unique backgrounds, cultures and shared experiences to fuel a growth mindset.
→ **Goal 3:** Build structures that incorporate diversity, equity and inclusion.

**Carlsbad Unified School Dist. DEI Success Criteria (as related to the 3 Goals):**
Goal 1:
- Collect feedback from a wide range of stakeholders; increase participation by 5% each year after baseline.
- Convene in-person meetings 2x per year to learn more about the needs of our diverse community Facilitate site and district DEI Committees for students and staff to provide input into DEI activities. Success in year 1 will be demonstrated by having a minimum of quarterly meetings at each secondary site (MS & HS) and at district level.

Goal 2:
- Provide training and professional development for all staff. Success in year 1 will be demonstrated by the establishment of a three year professional development plan, and success in each subsequent year will be demonstrated by implementing the plan for each year.
- Evaluate current teaching and learning strategies; explore and identify potential barriers for student success that lead to disproportionality of grades (secondary and elementary) for specific student groups.
- Adopt texts and other curriculum materials that include diversity of authors and perspectives. Annually evaluate and/or expand course offerings that include high interest and diverse perspectives.

Goal 3:
- Develop structures to ensure school campuses are safe and welcoming for all; including training for all students regarding building a learning community of inclusivity, respect and equity.
- Implement evidence-based restorative practices at all of our schools in order to reduce harassment/bullying (including racial epithets and hate motivated speech) by 10% from baseline this Spring.
- Expand efforts for hiring diverse staff that better reflect the demographics of CUSD students; baseline to be determined in year 1, and targets developed in year 2.
- Close academic performance gaps for student groups in A-G Completion Rates, SBAC/CAST levels, and the percentage of students in advanced, honors, and CC classes. Success will be demonstrated by achieving the targets in the following areas by three or more identified student groups:
  - Increase the percentage of A-G rates for student groups that are significantly underperforming.
  - Increase the percentage of students meeting/exceeding standards on SBAC (ELA, Math, Science) for student groups that are significantly underperforming.
  - Increase the percentage of students in advanced, honors and CC classes for student groups that are significantly underperforming. **MEETING LOCATIONS AND TIMES**

| Buena Vista Elementary | Kelly Elementary | Poinsettia Elementary |
|---|---|---|
| Multipurpose Room | Multipurpose Room | Multipurpose Room |
| 1330 Buena Vista Way | 4885 Kelly Drive | 2445 Mica Drive |
| 6:00 - 7:00 pm | 6:00 - 7:00 pm | 7:00 - 8:00 pm |

# EXHIBIT C

Einat Wilf - Wikipedia
000001

3/5/26, 11:33 AM



25 years of the free encyclopedia

# Einat Wilf

**Einat Wilf** (Hebrew: עינת וילף; born 11 December 1970)[1] is a former Israeli politician who served as a member of the Knesset for the Labor Party and Independence.[2][3]

## Biography

Einat Wilf was born in Jerusalem and raised in a Labor Zionist family. She studied at the Hebrew University High School in Jerusalem. She completed her military service as an intelligence officer in Unit 8200[4] with the rank of Lieutenant.[5] She then went to Harvard University, receiving a BA in government and fine arts, before earning an MBA from INSEAD in France, and subsequently a PhD in political science at Wolfson College, University of Cambridge.

Wilf married German journalist and television personality Richard Gutjahr in 2007. She gave birth to their son in 2010.[6]

Wilf describes herself as a Zionist, a feminist and an atheist.[7]

| Einat Wilf עינת וילף | |
|---|---|
| **Faction represented in the Knesset** | |
| 2010–2011 | Labor Party |
| 2011–2013 | Independence |
| **Personal details** | |
| **Born** | December 11, 1970 Jerusalem, Israel |
| **Spouse** | Richard Gutjahr (m. 2007) |

## Political and business career

Wilf served as a Foreign Policy Advisor to Vice Prime Minister Shimon Peres,[8] a strategic consultant with McKinsey & Company[9] in New York City, and a General Partner with Koor Corporate Venture Capital in Israel. Upon her return to Israel, Wilf worked as a Senior Fellow with the Jewish People Policy Planning Institute and a weekly columnist for the daily newspaper *Israel*

Einat Wilf - Wikipedia                                                              3/5/26, 11:33 AM
000002

*HaYom*. Wilf also taught social entrepreneurship at Sapir College, as became a frequent guest on Israeli radio and television talk shows and a member of the President's Conference Steering Committee.

In 2007, she ran for the presidency of the World Jewish Congress.[10] However, she withdrew before the actual vote, and Ronald Lauder was elected president.

A member of the Israeli Labor Party, Wilf was placed 39th on the party's list for the 2003 elections, but failed to win a seat.[11] She won fourteenth place on the party's list for the 2009 Knesset elections. Although Labor won only 13 seats, Wilf entered the Knesset on 10 January 2010 as a replacement for Ophir Pines-Paz,[12] who had retired from politics.[13] However, in January 2011, she was one of five MKs to leave the party to establish the new Independence party under the leadership of Ehud Barak.[14] She lost her Knesset seat in January 2013 when the party chose not to contest the elections.

In June 2024, she joined the Israeli Citizen Spokespersons' office and launched a new podcast titled, *Deep Dive*.[15]

In late 2025, she founded the Oz Party.[16]

# Political views

Wilf advocates the legalization of soft drugs, citing the argument that the existing circumstances contribute to elevated levels of criminal activity.[17][18]

According to Wilf, the core of the Israel-Palestinian conflict is not primarily territorial, but revolves around the issue of Palestinian refugees. She claims that without addressing this matter, a resolution to the conflict remains elusive.[19] Wilf has consistently emphasized the imperative of taking action in the UN to dissolve UNRWA, contending that it perpetuates the Palestinian refugee problem.[20] During Operation Protective Edge Wilf frequently engaged with the media, expressing concerns about UNRWA's nature, characterizing it not as a humanitarian organization but as a "hostile Palestinian organization that work to perpetuate the dream of return".[21]

# *The War of Return*

In the 2020 book *The War of Return*, Wilf and Adi Schwartz argue that the Palestinian right of return is not a right, but a thinly veiled attempt for the destruction of Israel, and is the most salient reason there has not been peace between Israel and the Palestinians.

# Published works

- *My Israel, Our Generation,* BookSurge Publishing (2007), ISBN 1-4196-5913-8
- *Back to Basics: The Road to Saving Israel's Education (at no extra cost)*, Yedioth Ahronot (April 2008)
- *Global actors and global politics : the case of the World Jewish Congress campaign against the Swiss Banks* (thesis, Cambridge 2008) Cambridge, UK. (http://ulmss-newton.lib.cam.ac.uk/vwebv/search?searchType=7&searchId=125&maxResultsPerPage=25&recCount=25&recPointer=0&resultPointer=0&headingId=59819%7Cdatabase)
- *Symposium on Rabin's legacy*, Fathom (http://fathomjournal.org/symposium-on-rabins-legacy-einat-wilf/), Autumn 2015
- *Winning the War of Words: Essays on Zionism and Israel*, CreateSpace Independent Publishing Platform (November 3, 2015), ISBN 978-1515072973
- *Perry Anderson's House of Zion: A Symposium*, Fathom (http://fathomjournal.org/perry-andersons-house-of-zion-a-symposium-einat-wilf/), Spring 2016
- *Telling Our Story: Essays on Zionism, the Middle East, and the Path to Peace*, CreateSpace Independent Publishing Platform (March 19, 2018), ISBN 978-1515072973
- *The War of Return: How Western Indulgence of the Palestinian Dream Has Obstructed the Path to Peace*, with Adi Schwartz, St. Martin's Publishing Group (2020), ISBN 978-1250252760

# References

1. Troy, Gil (2018). *The Zionist Ideas: Visions for the Jewish Homeland--then, Now, Tomorrow* (https://books.google.com/books?id=31tPDwAAQBAJ&dq=einat+wilf+1970&pg=PT516). U of Nebraska Press. ISBN 978-0-8276-1398-0.
2. "When It Comes to Defending Israel, Eloquent Explanations Aren't Enough" (https://mosaicmagazine.com/picks/israel-zionism/2015/11/when-it-comes-to-defending-israel-eloquent-explanations-arent-enough/). *mosaicmagazine.com*. Retrieved 2019-07-15.
3. "Einat Wilf | The Harry Walker Agency" (https://web.archive.org/web/20200927053159/https://www.harrywalker.com/speakers/einat-wilf/). *Harry Walker Agency*. Archived from the original (https://www.harrywalker.com/speakers/einat-wilf) on 2020-09-27. Retrieved 2019-07-15.
4. "Think About It: Parliamentary oversight of foreign policy" (https://www.jpost.com/Opinion/Think-About-It-Parliamentary-oversight-of-foreign-policy-413743). *The Jerusalem Post*. August 30, 2015.
5. "Knesset Member, Einat Wilf" (https://www.knesset.gov.il/mk/eng/mk_eng.asp?mk_individual_id_t=849). *Knesset*.
6. Hoffman, Gil (13 December 2010). "Labor MK Einat Wilf gives birth to baby boy" (https://www.jpost.com/Headlines/Article.aspx?id=199280). *The Jerusalem Post*. Retrieved 7 March 2011.
7. Wilf, Einat (2 April 2012). "Zionism: The Only Way Forward" (http://www.thedailybeast.com/articles/2012/04/02/zionism-the-only-way-forward.html). *The Daily Beast*.
8. "On working with Shimon Peres" (http://www.wilf.org/English/2007/05/04/on-working-with-shimon-peres/). *Dr. Einat Wilf*, 4 May 2007.

on-peres/). *Dr. Einat Wilf*. 4 May 2007.

9. "Einat Wilf" (https://www.washingtoninstitute.org/experts/view/einat-wilf). *The Washington Institute for Near East Policy*.

10. "Young reformer sets sights on making WJC more inclusive" (https://www.jpost.com/Jewish-World/Jewish-Features/Young-reformer-sets-sights-on-making-WJC-more-inclusive). *The Jerusalem Post*. May 30, 2007.

11. "Candidates for the 16th Knesset" (http://mfa.gov.il/MFA/AboutIsrael/History/Pages/Candidates%20for%20the%2016th%20Knesset.aspx). *Israel Ministry of Foreign Affairs*. Jan 9, 2003.

12. "Knesset Members in the Eighteenth Knesset" (https://www.knesset.gov.il/mk/eng/mkindexbyknesset_eng.asp?knesset=18). *Knesset*.

13. "Labor Stalwart Ophir Pines-Paz Leaves Knesset, Party and Politics" (https://www.haaretz.com/1.5083233). *Haaretz*. January 8, 2010.

14. "Ehud Barak quits Israel's Labour Party" (https://www.bbc.com/news/av/world-middle-east-12205673/ehud-barak-quits-israel-s-labour-party). *BBC News*. 17 January 2011.

15. "Deep Dive" (https://www.youtube.com/playlist?list=PL4A-jqmv9ocWOgTztezO6oYK6GbxbueM4). *YouTube*. Retrieved 2024-11-07.

16. Botbol, Amelie (24 November 2025). " 'Shape the future': Einat Wilf outlines her new party's manifesto" (https://www.jns.org/shape-the-future-einat-wilf-outlines-her-new-partys-manifesto/). *JNS*.

17. Ben Zion, Ilan (23 June 2012). "MK: Treat soft drugs like alcohol" (https://www.timesofisrael.com/legalize-it-says-independence-mk/). *the Times of Israel*.

18. "MK Wilf: Legalize soft drugs" (https://www.israelhayom.co.il/news/article/14224572). *Israel Hayom*. 25 September 2012. Retrieved 2024-02-08.

19. "Geekonomy - ד״ר עינת וויל 843# פרק" (https://geekonomy.net/2024/02/02/geekonomy843/). *Geekonomy* (in Hebrew). 2024-02-02. Retrieved 2024-02-08.

20. "Einat Wilf: Without UNRWA there would be no Hamas — it must be dismantled" (https://nationalpost.com/opinion/einat-wilf-without-unrwa-there-would-be-no-hamas-it-must-be-dismantled). 1 February 2024.

21. Wilf, Einat (31 August 2014). "לחשוף את הבלוף של אונר"א" (https://www.israelhayom.co.il/opinion/214597) [Uncovering the bluff of UNRWA]. *www.israelhayom.co.il* (in Hebrew). Retrieved 2024-02-08.

# External links

- Official website (http://www.wilf.org/)
- The Party Platform of the Oz (עוז) Party (https://ozparty.co.il/en/home/#goals), an Israeli political party Wilf founded in 2025
- "The Best Explanation of Zionism and Israel" (https://www.youtube.com/watch?v=YsTJ8PXEE94) (YouTube video lecture)
- Einat Wilf (https://main.knesset.gov.il/en/MK/APPS/mk/mk-personal-details/849) on the Knesset website

Einat Wilf – Wikipedia

000005

Retrieved from "https://en.wikipedia.org/w/index.php?title=Einat_Wilf&oldid=1338885959"

# EXHIBIT D

StandWithUs to take cash, messaging from Israeli gov't – +972 Magazine                                             4/7/26, 3:05 PM

☰ **+972**
M A G A Z I N E

✉ NEWSLETTER | 🔍 **SUPPORT US**

# StandWithUs to take cash, messaging from Israeli gov't

By The Seventh Eye | January 13, 2015

*The American 'hasbara' organization will disseminate government messages in a contract with the Israeli Prime Minister's Office.*

By Itamar Bazz / '[The 7th Eye](#)'

The Israeli Prime Minister's Office, headed by Benjamin Netanyahu, will fund a hasbara organization to disseminate propaganda on behalf of the Israeli government. The allocation of public funds, over NIS 1 million (over $250,000) in 2015, is intended to fund a joint project by the National Information Directorate and the Israeli branch of StandWithUs, an American hasbara organization.

---

## Subscribe to The Landline
### +972's weekly newsletter

| Your@mail.here | **Sign up** |

---

Hasbara is a Hebrew term that refers to public diplomacy efforts on behalf of Israel.

The committee in the Prime Minister's Office that issues tenders for government contracts met at the end of November to approve an allocation of NIS 860,000 a year to a joint project with StandWithUs, while the organization's funders will contribute a matching amount. The cooperation between the two parties, which was approved by the

committee, may be extended for another two years at the end of 2015. The PMO told the Seventh Eye media watchdog website that the initiative is meant to strengthen "Israeli hasbara on social media platforms."

According to the agreement, StandWithUs will run "interactive media war rooms" manned by students who will be trained to disseminate Israeli hasbara on social media platforms. The project will be based a model that was tried during Operation Protective Edge and previous military operations, in which "hasbara war rooms" were established in academic institutions across Israel in order to disseminate IDF and government messages.



A graphic distributed online by StandWithUs during 2014's Operation Protective Edge.

At the end of the operation, the volunteers were rewarded with a recorded thank you message from the prime minister, who is in charge of the National Information Directorate. The goal of the new initiative is to allow such activity to take place on a regular basis.

According to the governmental plan, the students who will be enlisted to take part in the program will be trained by Yair Edi Freiman, the head of interactive media and hasbara organizations in the National Information Directorate, alongside workers from StandWithUs. In addition to Israeli students, the project will also enlist students from the U.S. and Britain, who will be flown to Israel in order to take part in "educational and training meetings."

### 'Citizen activism'

The participants in the new project will spread official governmental messages, although the initiative is marketed in such a way that will amplify authentic voices among the younger generation in Israel and the Jewish communities around the world.

In a press release, the organizers of the project characterized the initiative as a "volunteer-based start-up" that is meant to provide its participants a chance to work in "citizen activism." The head of the StandWithUs branch in Israel, Michael Dickson, was quoted saying that the project is intended to give young people in Israel a chance to "raise their voice and describe their experiences as they experience them."

Yarden Vatikay, who manages the National Information Directorate, took a similar line and declared that the "goal of the program is to provide young students the tools to pass on their message to a crowd that uses social media in the best way possible."

However, the committee's protocol, which includes details on how the project will be run, clarifies that the National Information Directorate will be highly involved in determining the messages disseminated by the students, and will include a mechanism that allows government representatives to oversee the content of those messages as well as the means of their dissemination.

According to the agreement, "the degree of involvement by the National Information Directorate in the initiative will be high, and will include the

[project's] strategic planning and the messages that they wish to spread."

"In addition, a steering committee will be established and run by the representatives of the Prime Minister's Office, including Mr. Freiman, as well as oversight mechanisms. Representatives of the Prime Minister's Office will be part of the committee that selects the students."

Read the minutes of the committee meeting in Hebrew here (PDF).

*This article was first published in Hebrew by The 7th Eye media watchdog website. It is reproduced here with permission.*

**Related:**

StandWithUs puts IDF soldiers in line with Nazi camp inmates

Israeli universities becoming Hasbara mills

Close your books! We're having a pop quiz in Hasbara!

*Hasbara  |  StandWithUS  |  Prime Minister's Office*



*The Seventh Eye is Israel's only independent media watchdog. Established in 1996, today it publishes daily media reviews, articles, op-eds, and investigative reporting aimed at exposing unacceptable journalistic practices, foreign interests in Israeli media, censorship and self-censorship, discrimination, and racism. The site's writers follow and document progress in the Israeli media world, from a resurgence of journalists' unions to exposing hidden 'advertorial' content, all with an aim of encouraging independent, fair and unbiased journalism.*

**If you believe these stories are important, become a +972 member today to make sure we can keep telling them.**

For those who care deeply about the people living between the Jordan River and the Mediterranean Sea, this is your opportunity to move from despair into action.

The effects of Israel's genocidal assault on Gaza are still being felt: much of the Strip lies in ruins, millions remain displaced with nowhere to return to, tens of thousands have been killed, and many more are believed to be buried beneath the rubble.

In the West Bank, the Israeli army has displaced tens of thousands of Palestinians from refugee camps, while state-sponsored settler violence is wiping rural communities off the map on a weekly

basis. At the same time, Israel's ever-escalating regional aggression threatens to drag the entire Middle East into the inferno.

We are here on the ground — from Gaza to Tel Aviv to Masafer Yatta — exposing the crimes, reporting the horrors, and amplifying the voices of those resisting injustice to an audience of millions around the world. If there was ever a time the world needed +972 Magazine, it is now.

As a binational team based in Israel-Palestine, we are best placed to cover this pivotal moment in a way that no other outlet can — but we need your help to do it. **Join us as a member** to become part of our mission, and support independent journalism that really makes a difference.

**BECOME A +972 MEMBER TODAY**

## out Hasbara

### ire family poised to nedia in Israel's favor

Paramount and CBS and eyeing , the Ellisons are constructing a nation empire with…

:ember 4, 2025

### How a Scottish maritime museum ended up in Israel's 3D propaganda videos

An analysis of dozens of Israeli army animations, used to justify Gaza strikes and amplified by international outlets, discovered digital assets…

By Oren Ziv | October 8, 2025

### How Israelis turned atroc into an art

As Gazans document mass killing real time, the response of much of is: "It's all fake — and they deserve

By Ron Dudai | August 22, 2025

# +972

## M A G A Z I N E

INDEPENDENT
JOURNALISM
FROM ISRAEL–PALESTINE

About

Terms
of use

Contact
Us

Privacy
Policy

Follow Us:

  

**SUPPORT
US**

Website powered by RGB Media

# EXHIBIT E

# Antisemitism Task Force

**About**    **News**    **Programs**    **Events**    **Accolades**    **Report An Incident**    **Contact Us**

## ABOUT

The Antisemitism Task Force is a dedicated group of community leaders and advocates whose mission is to decisively combat Jewish bigotry, harassment, and discrimination through coordinated action, strategic alliances, steadfast protection of the Jewish community in San Diego County, and the clear intent of holding bad actors accountable. ATF supports education, outreach, and coalition-building, especially through cross-community partnerships and coordinated responses when our communities need clarity and strength.





Through our flagship program in San Diego, we respond directly to a growing need for structured, strategic action against antisemitism, ensuring incidents are not ignored and threats are not minimized. San Diego serves as the model for a comprehensive approach that combines prevention, advocacy, and action.

# Antisemitism Task Force Updates









**Jewish Orgs Set Alternate J Pride Weekend Amid Kehlani Controversy**
(https://standwithus.com/news/jewish-orgs-set-alternate-pride-weekend-amid-kehlani-controversy/)

**San Diego Pride Faces Growing Criticism Over Headliner Kehlani**
(https://standwithus.com/news/san-diego-pride-faces-growing-criticism-over-headliner-kehlani/)

**Together We Rise**
(https://standwithus.com/news/together-we-rise/)

**As San Diego Faces Budget Deficit, Local Organization Protests Taxpayer-Funded Support for Kehlani at SD Pride**
(https://standwithus.co

**When Conflict Abroad Fuels Hate at Home**
(https://standwithus.com/news/when-conflict-abroad-fuels-hate-home-san-diego/)

←     →

san-diego-faces-
budget-deficit-
local-organization-
protests-taxpayer-
funded-support-
for-kehlani-at-sd-
pride/)

Read More
(https://standwithus
san-diego-faces-bi
local-organizatic
taxpayer-funded-
kehlani-at-sc

Read Mor
(https://standwithus.cor
orgs-set-alternate-j-pr
amid-kehlani-con

/news/jewis
de-weeken
roversy/)

(https://standwithus
diego-pride-fac
iticism-over-head

Read
(https://standwithus
we-

(https://stand
conflict-ab

**SEE MORE NEWS
(HTTPS://STANDWITHUS.COM/NEWS/)**

StandWithUs

# REPORT AN
# INCIDENT
# FORM

If you have experienced or witn
an incident of antisemitism, ple
report it using the incident form
below. This form requests detail
information so we can best help
A StandWithUs team member w
work to assess your situation an

respond as quickly as possible. We will keep any personal information confidential.

If this is an emergency, please c If you are reporting a crime, plea see StandWithUs' Reporting Antisemitic Crimes for additiona guidance.

**FILL THE INCIDENT REPORT FORM
(https://standwithus.com/repo**

# Stay Alert. Stay Engaged. Stand Against Antisemitism in San Diego.

Sign up to receive occasional updates, opportunities to get involved, and ways to support Jewish safety and solidarity in San Diego.

First Name

Last Name

Email

**Subscribe**

Antisemitism Task Force - StandWithUs                                                                                                                    4/7/26, 3:08 PM



# MEET THE TEAM

StandWithUs
(https://standwithus.com/)

🔍        Do
(https://sta(https://standwithus.com/



## Liat Cohen Reeis

Director

Antisemitism Task Force, San
Diego

ANTISEMITISM TASK FORCE, SAN
DIEGO



## Oz Laniado

Executive Director

SouthWest

SOUTHWEST

↑

# Antisemitism Task Force Members
# Thank you for standing with us.









‹                                                                                                                                                                                    ›

Antisemitism Task Force - StandWithUs    Case 3:25-cv-02992-AGS-AHG    Document 42-2    Filed 04/07/26    PageID.769    Page 4/7/26, 3:08 PM

53 of 54

GET UPDATES AND STAY CONNECTED!

SUBSCRIBE TO OUR NEWSLETTER (HTTPS://STANDWITHUS.COM/NEWSL

> News (https://standwithus.com/news/)

> Campaigns (https://standwithus.com/campaigns/)

> Events (https://standwithus.com/events/)

> Library (https://standwithus.com/library/)

> About Us (https://standwithus.com/about/)

> Contact Us (https://standwithus.com/contact-us/)

> Report An Incident (https://standwithus.com/report)

> What We Do (https://standwithus.com/what-do/)

> FAQ (https://standwithus.com/faq/)

> Shop (https://shop.standwithus.com)

> Newsletter (https://standwithus.com/new)

> Privacy Policy (https://standwithus.com/privacy-policy/)

(https://standwithus.com)

StandWithUs is an international and non-partisan Israel education organization that inspires and educates people of all ages and backgrounds, challenges misinformation and fights antisemitism utilizing interdepartmental resources and legal professionals to defend the civil and human rights of those who align with our mission of supporting Israel and fighting antisemitism.

(https://standwithus.com/givingtuesday/)

**SWUBOT**

(https://standwithus.com/swubot/)