# DECLARATION OF AIMEE WERTH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

I, AIMEE WERTH, declare as follows:

1. My name is Aimee Werth and I am a named Defendant in this action. The following facts are within my own personal knowledge, except where stated on information and belief. If called upon to testify, I could and would do so competently.
2. I make this declaration in support of my Opposition to Plaintiffs' Motion for Preliminary Injunction filed in *Christian and Jewish Alliance v Brunner, et al*, 3:25-cv-02992-W-AHG.
3. I was present at the Legacy Resort on September 7, 2025 to peacefully protest my elected officials supporting the genocidal, apartheid state of Israel with my tax dollars. I marched with others in a continuous loop on the sidewalk. Cars continued to enter and exit the parking lot, and I am not aware of anyone leaving due to our peaceful protest against our elected officials supporting the state of Israel, and therefore supporting the genocide in Palestine.
4. I never blocked ingress or egress to the Legacy International Resort. I never trespassed at Legacy. I was not cited or arrested for trespassing.



Doc ID: cdc16a0b1ea54a9182274e776e529560cbcf75c4

5. I am a full-time working mother of two young children. I am firmly dedicated to advocating for human rights, particularly in response to the ongoing genocide and targeted killing of children and civilians in Gaza by the IDF. My activism is rooted in long-held political and humanitarian beliefs that I have consistently expressed over the years. In alignment with the values of CODEPINK, I believe that peaceful protest, vigils, and public demonstrations are among the most vital tools citizens have to challenge injustice and push for meaningful change in a democratic society.
6. I held signs and chanted. I never physically touched or blocked anyone at the event. I do not seek to protest or interrupt religious worship. As a member of CODEPINK, San Diego Chapter, we seek to hold our locally-elected officials accountable (Raul Campillo, Juan Vargas, etc.) to ensure their actions reflect the public's interests and uphold human rights everywhere. We use advocacy and protest to push for transparency, challenge harmful policies, and promote more just and peaceful decision-making.
7. I protest political events that support the policies of governments or corporations responsible for causing widespread human suffering. My elected officials that I pay for with my tax dollars were present at this Legacy event, therefore I exercised my right to hold them accountable.
8. My social media content is not a threat of violence or harm. It is a promise that I will remain committed to protesting genocide and working for Palestinian



Doc ID: cdc16a0b1ea54a9182274e776e529560cbcf75c4

liberation from Israeli occupation and oppressive apartheid system. My social media is intended to be educational, motivational, and reflect my political opinions and commentary on public events. It is intended to be a method of publicly holding our elected officials accountable. It does not express any intent to violate anyone's legal rights, to commit any crime, or to obstruct any future event.

9. I have never been in or near The Mission Church. I have no intention, desire, or plan to protest at The Mission Church in the future.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 21st day of April 2026

Aimee Werth

Aimee Werth



Doc ID: cdc16a0b1ea54a9182274e776e529560cbcf75c4

**DECLARATION OF JONATHAN PROVANCE IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, Jonathan Provance, declare as follows:

1. My name is Jonathan Provance and I am a named Defendant in this action. I have personal knowledge of the facts stated in this declaration and could competently testify to them if called as a witness. I make this declaration in support of my Opposition to Plaintiffs' Motion for Preliminary Injunction filed in *Christian and Jewish Alliance v Brunner, et al*, 3:25-cv-02992-W-AHG.

2. I am a resident of San Diego County, California. I am deeply committed to human rights advocacy, particularly regarding the ongoing conflict in Gaza. My activism stems from sincere political and humanitarian convictions that I have held and openly expressed for many years. I believe that peaceful protest, vigils, and public demonstration are among the most important tools available to citizens in a democracy.

3. I have participated in numerous demonstrations, marches, and community gatherings over the past several years focused on Palestinian rights and related causes. This advocacy has been conducted in public spaces.

4. I was not present at, and did not participate in, any activities at the Mission Church on March 19, 2025. I was not inside the church, I did not participate in any indoor disruption of any service, and I have never set foot inside the



Doc ID: 33cd808039efc50bc43f6a484857b7119fdd9dab

Mission Church.

5. On September 7, 2025, I participated in a demonstration at and near the Legacy International Center in connection with a political event hosted there by the Christian and Jewish Alliance. The demonstration was organized to express political opposition to Israeli's genocide in Palestine. It was not organized to interfere with or obstruct religious worship.

6. I participated in a protest that moved along a public or semi-public access road near the parking lot entrance to the Legacy International Center. At all times I believed I was acting within my constitutional rights to engage in expressive protest in a public or quasi-public space. I was not attempting to prevent anyone from attending the event. My intent was to express my political views about Palestine—not to block anyone's access to worship.

7. I did not intentionally form part of a 'blockade' of the parking lot entrance, and I did not understand the demonstration to have that purpose. The march involved walking across the driveway entrance in a picket formation and turning around at the sidewalk. Vehicles were able to enter the property. The event was substantially attended—I witnessed hundreds of people that day parking and entering the venue during and after the demonstration. As such, access was never rendered impassable at the event that day.

8. I did not 'repeatedly strike' any vehicle. I did not strike any vehicle with force, I

did not pound on any vehicle, and I had no intent to damage, threaten, or intimidate any driver or passenger.

9. I was documenting the demonstration using my phone, as protesters routinely do. I did not physically assault, threaten, or endanger anyone in the course of filming. The use of my phone to document was not a weapon or instrument of intimidation; it was the act of a citizen journalist recording events of public concern that were the subject of a political protest.

10. An attendee voluntarily approached the group of protesters and attempted to engage with us. A number of demonstrators—including myself—responded to her presence. When the interaction ended and she walked away, I did not chase, pursue, or threaten her. I did not do anything to place her in fear of physical harm, and I did not intend to do so. The encounter was a verbal exchange between two people with opposing political opinions about a controversial topic (i.e., Israel-Palestine), not a physical threat.

11. I was a participant in the political demonstration, not an organizer or director of others' conduct. I did not give instructions to other demonstrators about how or where to march. I had no authority over, or supervisory role with respect to, other individuals present at the demonstration.

12. I was not arrested, cited, or charged in connection with my conduct on September 7, 2025. Police were present at or near the demonstration throughout



Doc ID: 33cd808039efc50bc43f6a484857b7119fdd9dab

its duration.

13. I have protested at other events, including at a Nancy Pelosi book talk, an Easter Sunday service, and a pro-Israel gala. Each of those events involved public political protest activity that I believe was lawful. I did not break any laws at any of the events I protested.

14. I participated in a demonstration outside the Mission Church in April 2025. I did not enter the church sanctuary without permission and did not physically obstruct access to or from any building. My participation was limited to protest activity on or near the public sidewalk.

15. My social media posts reflect my political opinions and commentary on public events. They do not express any intent to violate anyone's legal rights, to commit any crime, or to obstruct any future event.

16. I have no plans to attend any event at the Mission Church, to disrupt any worship service at the Mission Church, or to organize or participate in any action designed to obstruct access to or from the Mission Church.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 21st day of April 2026

*Jonathan Provance*

Jonathan Provance



Doc ID: 33cd808039efc50bc43f6a484857b7119fdd9dab

**DECLARATION OF KRISTINA TURNER-BROWN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, KRISTINA TURNER-BROWN, declare as follows:

1. My name is Kristina Turner-Brown and I am a named Defendant in this action. The following facts are within my own personal knowledge, except where stated on information and belief. If called upon to testify, I could and would do so competently.
2. I make this declaration in support of my Opposition to Plaintiffs' Motion for Preliminary Injunction filed in *Christian and Jewish Alliance v Brunner, et al*, 3:25-cv-02992-W-AHG.
3. I am a thirty-one-year-old Black woman with Hispanic heritage who is a part-time employee and a full-time student. I dedicate what little free time I have to help make my community a safe place by volunteering and advocating for the underserved. I have grown up in this country witnessing multitudes of unjust violence against people of color and I do not stand for it.
4. I attended Dr. Einat Wilf's political lecture on March 19, 2025. I registered for the event. I never intended to deceive the church. I have protested before, experienced harassment, and believe my privacy is important.



Doc ID: 9c9db9e7cf418789dc98a597ba671c6b44439ee0

5. Dr.Wilf's political speech that I attended was titled "Exploring Israel's Statehood and the Palestinian Refugee Issue." The description of the event made no mention whatsoever of religion, prayer, worship, or of Judaism. Rather, it was described as a political speech about Israel's statehood and the Palestinian refugee issue, given by Dr. Wilf, who is a former McKinsey Consultant and a former member of the Israeli Knesset who had previously openly taken anti-Palestinian and pro-Israel political positions.
6. McKinsey & Company is well known for consulting with foreign and domestic political powers. It has repeatedly drawn public scrutiny for advising foreign governments accused of severe human-rights abuses and helping agencies design enforcement systems. A McKinsey analysis of Saudi social-media discourse identified prominent government critics, leading to their torture, imprisonment, and death. McKinsey's work has also been criticized for its work with Immigration and Customs Enforcement (ICE**)** and related DHS operations.
7. I thought it was important to protest a talk by someone who openly supports the apartheid state of Israel while it is committing genocide against the Palestinian people. I waited until Einat Wilf started reciting her false narrative about how Palestinians are to blame for being colonized and denied basic rights and sovereignty. Then I stood up towards the end of her speech and said "nobody hates Jews, we condemn Zionism, love thy neighbor, stop killing people, Free



Doc ID: 9c9db9e7cf418789dc98a597ba671c6b44439ee0

Palestine". During the event, I did not speak out before Dr. Wilf began her political presentation and I did nothing to disrupt any religious service such as prayer, worship or the singing of hymns.

8. I never trespassed on the Church's property that day. I entered, gave my name, and received a wristband to attend the event. I never slammed anyone with my body or assaulted anyone. I never tried to interrupt anyone's religious worship.

9. As other guests in attendance tried to voice their concerns over what was being said, staff and members of the church physically attacked and removed them. Outraged by this act of violence, I too stood up to object the lies being spewed. I too was violently attacked. At least 3-4 grown men grabbed me by my arms, shoulders and torso and tried to throw me down the flight of stairs. These men did not allow me to gain my balance, instead the pushed, pulled and shoved me to the exit doors.

10. Once outside the venue I joined the rest of the individuals exercising their right to peacefully protest on a public walkway. As the event was over, audience members unnecessarily made physical contact with protesters by shoving some and grabbing others. A police officer came to me directing that I move from my protest location, after explaining to him that I have a right to be where I am, I complied.

11. I never blocked ingress or egress to Mission Church. I never trespassed at Mission Church. I was not cited or arrested for trespassing.

12. I do not seek to protest or interrupt religious worship. I protest political events that express support for the policies of countries or corporations that inflict mass human suffering.

13. I have not protested The Mission Church in more than seven months. I have no intention, desire, or plan to protest at The Mission Church in the future.

14. I was present at the Legacy Resort on September 7. 2025 to peacefully protest a political fundraiser for Israel. I marched with others in a continuous loop on the sidewalk. Cars continued to move on and off the parking lot. There were hundreds of people at the political fundraiser. I am not aware of anyone leaving due to our peaceful protest against the genocide in Palestine.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 21st day of April 2026

Kristina Turner-Brown



Doc ID: 9c9db9e7cf418789dc98a597ba671c6b44439ee0

**DECLARATION OF SASHA MILLER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, SASHA MILLER, declare as follows:

1. My name is Sasha Miller, and I am a named Defendant in this action. The following facts are within my own personal knowledge, except where stated on information and belief. If called upon to testify, I could and would do so competently.
2. I make this declaration in support of my Opposition to Plaintiffs' Motion for Preliminary Injunction filed in *Christian and Jewish Alliance v Brunner, et al*, 3:25-cv-02992-W-AHG.
3. I attended Dr. Einat Wilf's political lecture on March 19, 2025. I registered for the event under my name. I entered, gave my name, and received a wrist band for the event.
4. Dr.Wilf's political speech that I protested on March 19, 20254 was titled "Exploring Israel's Statehood and the Palestinian Refugee Issue." The description of the event made no mention whatsoever of religion, prayer, worship, or of Judaism. Rather, it was described as a political speech about Israel's statehood and the Palestinian refugee issue, given by Dr. Wilf, who is a



Doc ID: 0dd7891d7521da2416550d3e38c4e7757601091c

former McKinsey Consultant and a former member of the Israeli Knesset who had previously openly taken anti-Palestinian and pro-Israel political positions.

5. McKinsey & Company is well known for consulting with foreign and domestic political powers. It has repeatedly drawn public scrutiny for advising foreign governments accused of severe human-rights abuses and helping agencies design enforcement systems. A McKinsey analysis of Saudi social-media discourse identified prominent government critics, leading to their torture, imprisonment, and death. McKinsey's work has also been criticized for its work with Immigration and Customs Enforcement (ICE) and related DHS operations.

6. I attended this lecture at Mission Church as a concerned community member interested in how the lecturer viewed the "Palestinian refugee" issue. Dr. Wilf expressed political hostility towards Palestinian refugees, blaming them for being colonized by Israel and being denied basic rights and sovereignty. While there, I stood up to voice my opinion in opposition to her political speech. During the event, I did not speak out before Dr. Wilf began her political presentation and I did nothing to disrupt any religious service such as prayer, worship or the singing of hymns.

7. In response, several men grabbed me and proceeded to physically assault me. While outside I was assaulted by a parishioner who came up to me, grabbed my face, scratched me, and shook me.

8. The Carlsbad police were standing right next to me, watched the event, and did nothing. I filed a police report against my assailant and the police who did nothing to protect me while exercising my First Amendment rights.

9. I never assaulted anyone or otherwise engaged in unlawful activity at Mission Church on March 19, 2025.

10. I do not seek to protest or interrupt religious worship. I protest political events that express support for the policies of countries or corporations that inflict mass human suffering.

11. I have not protested The Mission Church in more than seven months. I have no intention, desire, or plan to protest at The Mission Church in the future.

12. I was present at the Legacy Resort on September 7. 2025 to peacefully protest a political fundraiser for Israel. I marched with others in a continuous loop on the parking lot. Cars continued to move on and off the parking lot. There were hundreds of people at the political fundraiser. I am not aware of anyone leaving due to our peaceful protest against the genocide in Palestine.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 21st day of April 2026

Sasha Miller

Sasha Miller



Doc ID: 0dd7891d7521da2416550d3e38c4e7757601091c