C. Kevin Marshall (DCSBN 476266)
John C. Brinkerhoff Jr. (DCSBN 1765474)
Janessa B. Mackenzie (DCSBN 90007987)
**JONES DAY**
51 Louisiana Ave., NW
Washington, DC 20001
Telephone: (202) 879-3939
Email: jbrinkerhoff@jonesday.com

David J. Hacker (SBN 249272)
Jeremiah G. Dys (TXSBN 24096415)
Kayla A. Toney (TXSBN 24141332)
**FIRST LIBERTY INSTITUTE**
2001 W. Plano Pkwy, Ste. 1600
Plano, TX 75075
Telephone: (972) 941-4444
Email: dhacker@firstliberty.org

*Attorneys for Plaintiffs Christian & Jewish Alliance, Ezra Ministries, and Ruth Mastron*.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christian and Jewish Alliance Inc., a California not-for-profit corporation, Ezra Ministries, a California not-for-profit religious corporation, d/b/a The Mission Church, and Ruth Mastron, <br><br> *Plaintiffs*, <br><br> v. <br><br> Daniel Brunner, Aimee Magda Werth, Kristina Turner-Brown, Patrick Hartley, Sasha Spite Miller, Jacob Pagaduan, Jonathan Provance, Maya Karalius, and Does 1-40, <br><br> *Defendants*. | Case No. 3:25-cv-02992-AGS-AHG <br> Judge: Hon. Andrew G. Schopler <br><br><br> **JOINT MOTION TO CONTINUE HEARING DATE** |

Pursuant to this Court's request and Local Rule 7.2, Plaintiffs Christian and Jewish Alliance Inc., Ezra Ministries, and Ruth Mastron, and Defendants Daniel Brunner, Aimee Magda Werth, Kristina Turner-Brown, Patrick Hartley, Sasha Spite Miller, Jacob Pagaduan, Jonathan Provance, and Maya Karalius, jointly state and request as follows:

1. This Court reset the hearing date for Plaintiffs' Motion for Preliminary Injunction and Defendants' Motion to Dismiss and Special Motion to Strike from June 1, 2026, to 10:00 a.m., June 9, 2026. ECF No. 44.

2. Due to longstanding international travel plans, Plaintiffs' counsel will not be reasonably available to attend a hearing on that day. Defendants' counsel is unavailable from the time Plaintiffs' counsel returns through August 3.

3. After conferring with each other and this Court, the parties confirm that they are available on August 19, 2026, for a hearing.

4. The parties will also be able to attend a hearing on August 4 or 5, should this Court be able to reset the hearing to one of those dates.

5. At this Court's request, the parties also confirm that they do not intend to call witnesses at the hearing.

The Parties respectfully request that the hearing on the motions pending before the Court be continued to either August 4, August 5, or August 19.

- 1 -

JOINT MOTION FOR CONTINUANCE

Dated: May 27, 2026

By: /s/ *Thomas B. Harvey*
Thomas B. Harvey

Thomas B. Harvey (SBN 287198)
**LAW OFFICES OF THOMAS B. HARVEY**
365 E. Avenida de Los Arboles, #226
Thousand Oaks, CA 91360
Telephone: (805)768-4440
Email: tbhlegal@proton.me

Ben Gharagozli (SBN 272302)
**LAW OFFICES OF BEN GHARAGOZLI**
7655 Winnetka Avenue, #2010
Winnetka, CA 91306
Telephone: (310) 272-9211
Facsimile: (855) 628-5517
Email: ben@lobglaw.com

Mark Kleiman (SBN 115919)
**KLEIMAN/RAJARAM**
12121 Wilshire Blvd., Suite 810
Los Angeles, CA 90025
Telephone: (310) 392-5455
Email: mark@krlaw.us

*Attorneys for Defendants*

By: */s/ John C. Brinkerhoff Jr.*
John C. Brinkerhoff Jr.

C. Kevin Marshall (*pro hac vice*)
John C. Brinkerhoff Jr. (*pro hac vice*)
Janessa Mackenzie (*pro hac vice*)
**JONES DAY**
51 Louisiana Ave., NW
Washington, DC 20001
Telephone: (202) 879-3939
Email: jbrinkerhoff@jonesday.com

David J. Hacker (SBN 249272)
Jeremiah G. Dys (*pro hac vice*)
Kayla A. Toney (*pro hac vice*)
**FIRST LIBERTY INSTITUTE**
20001 W. Plano Pkwy, Ste. 1600
Plano, TX 75075
Telephone: (972) 941-4444
Email: dhacker@firstliberty.org

*Attorneys for Plaintiffs*

- 2 -
JOINT MOTION FOR CONTINUANCE