**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Christian & Jewish Alliance Inc., a California not-for-profit corporation, Ezra Ministries, a California not-for-profit religious corporation, d/b/a The Mission Church, and Ruth Mastron, | Case No. 3:25-cv-02992-AGS-AHG |
| *Plaintiffs*, | |
| v. | **ORDER GRANTING JOINT MOTION FOR CONTINUANCE** |
| Daniel Brunner, Aimee Magda Werth, Kristina Turner-Brown, Patrick Hartley, Sasha Miller, Jacob Pagaduan, Jonathan Provance, Maya Karalius, and Does 1-40, | |
| *Defendants*. | |

This Court, having considered the Joint Motion to Continue, and good cause appearing, **GRANTS** the Motion as stated below.

1.    The hearing on Plaintiffs' Motion for Preliminary Injunction is continued from June 9, 2026, at 10:00 a.m. to August 19, 2026, at 10:00 a.m. in Courtroom 5C of the Edward J. Schwartz United States Courthouse.

**IT IS SO ORDERED.**

Dated:  May __, 2026

_____
Hon. Andrew G. Schopler
United States District Judge

1