THOMAS B. HARVEY (SBN 287198)
LAW OFFICES OF THOMAS B. HARVEY
365 E. Avenida de Los Arboles, #226
Thousand Oaks, CA 91360
(805)768-4440
tbhlegal@proton.me

BEN GHARAGOZLI (SBN 272302)
LAW OFFICES OF BEN GHARAGOZLI
7655 Winnetka Avenue, #2010
Winnetka, CA 91306
Telephone: (310) 272-9211
Email: ben@lobglaw.com

MARK KLEIMAN (SBN 115919)
KLEIMAN/RAJARAM
12121 Wilshire Blvd., Suite 810
Los Angeles, CA 90025
(310) 392-5455
mark@krlaw.us

Attorneys for Named Defendants

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christian and Jewish Alliance Inc., a California not-for-profit corporation, Ezra Ministries, a California not-for-profit religious corporation, d/b/a The Mission Church, and Ruth Mastron,<br><br>*Plaintiffs,*<br><br>v.<br><br>Daniel Brunner, Aimee Magda Werth, Kristina Turner-Brown, Patrick Hartley, Sasha Spite Miller, Jacob Pagaduan, Esmat "Essie" Baradar, Jonathan Provance, Maya Karalius, and Does 1-40,<br><br>*Defendants*. | Case No. 3:25-cv-02992-AGS-AHG<br><br>NOTICE OF APPEARANCE OF BEN GHARAGOZLI AS CO-COUNSEL OF RECORD FOR THE DEFENDANTS<br><br>HON. ANDREW G. SCHOPLER |

- 1 -

NOTICE OF APPEARANCE OF BEN GHARAGOZLI AS CO-COUNSEL OF RECORD FOR THE DEFENDANTS

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that Ben Gharagozli, Esq. of the Law Offices of Ben Gharagozli, hereby appears as co-counsel of record on behalf of the Defendants.

Effective immediately, please add Ben Gharagozli as an attorney to be noticed on all matters at the following address:

BEN GHARAGOZLI (SBN 272302)
LAW OFFICES OF BEN GHARAGOZLI
7655 Winnetka Avenue, #2010
Winnetka, CA 91306
Telephone: (310) 272-9211
Email: ben@lobglaw.com

Respectfully submitted,

LAW OFFICES OF BEN GHARAGOZLI

Dated: May 12, 2026      By: /s/ Ben Gharagozli
_____

Ben Gharagozli

KLEIMAN RAJARAM

By:   /s/ Mark Kleiman
      Mark Kleiman

LAW OFFICES OF THOMAS B. HARVEY

By:   /s/ Thomas B. Harvey
      Thomas B. Harvey

Attorneys for Defendants

- 2 -
NOTICE OF APPEARANCE OF BEN GHARAGOZLI AS CO-COUNSEL OF RECORD FOR THE DEFENDANTS

## **<u>CERTIFICATE OF SERVICE</u>**

All Case Participants are registered for the USDC CM/ECF System.

I hereby certify that on May 12, 2026, I electronically filed the foregoing NOTICE OF APPEARANCE OF BEN GHARAGOZLI AS CO-COUNSEL OF RECORD FOR THE DEFENDANTS with the clerk of the Court for the United States District Court, Southern District of California by using the CM/ECF System. Participants in the case will be served by the CM/ECF System.

Dated: May 12, 2026        By:    /s/ Mark Kleiman

Mark Kleiman (SBN 115919)
Counsel for Defendants
KLEIMAN/RAJARAM
12121 Wilshire Blvd., Suite 810
Los Angeles, CA 90025
(310) 392-5455
mark@krlaw.us

NOTICE OF APPEARANCE OF BEN GHARAGOZLI AS CO-COUNSEL OF RECORD FOR THE DEFENDANTS