David J. Hacker, SBN 249272
dhacker@firstliberty.org
Jeremiah G. Dys, *pro hac vice*
FIRST LIBERTY INSTITUTE
2001 W. Plano Pkwy, Ste 1600
Plano, TX 75075

C. Kevin Marshall *pro hac vice*
Janessa Blythe Mackenzie, *pro hac vice*
John C. Brinkerhoff, Jr. *pro hac vice*
Jones Day
51 Louisiana Avenue NW
Washington, DC 20001
202-879-3939

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Christian and Jewish Alliance Inc., a California not-for-profit corporation, Ezra Ministries, a California not-for-profit religious corporation, d/b/a The Mission Church, and Ruth Mastron *Plaintiffs*,<br>v.<br>Daniel Brunner, Aimee Magda Werth, Kristina Turner-Brown, Patrick Hartley, Sasha Spite Miller, Jacob Pagaduan, Jonathan Provance, Maya Karalius, and Does 1-40 *Defendants*. | Case No. 3:25-cv-02992<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiffs, by and through counsel, and pursuant to Federal Rule of Civil Procedure 7 and Local Rule 83.3(f)(3)(a), hereby move for an Order permitting Kayla Ann toney as counsel for Plaintiffs in the above-captioned case, and, in support thereof, state as follows:

1. Ms. Toney has represented Plaintiffs in this action.
2. Plaintiffs have been notified and consent to the withdrawal of Ms. Toney, and will continue to be represented by David J. Hacker, Jeremiah Dys, C. Kevin Marshall, and John C. Brinkerhoff, Jr.

3. As of August 28, 2026, Ms. Toney will no longer be employed by First Liberty Institute.

Respectfully submitted August 27, 2026.

FIRST LIBERTY INSTITUTE
By: _/s/ Kayla A. Toney_
Kayla A. Toney, *pro hac vice*
KToney@firstliberty.org
David J. Hacker, SBN 249272
dhacker@firstliberty.org
TX 24143623
Jeremiah G. Dys
*pro hac vice*
FIRST LIBERTY INSTITUTE
2001 W. Plano Pkwy, Suite 1600
Plano, TX 75075

C. Kevin Marshall *pro hac vice*
John C. Brinkerhoff, Jr. *pro hac vice*
Jones Day
51 Louisiana Avenue NW
Washington, DC 200001
202-879-3939

*Attorneys for Plaintiffs*