AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of California

Christian and Jewish Alliance Inc., et al,
*Plaintiff*
v.
Daniel Brunner, et al.,
*Defendant*

Case No. 25-02992

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Christian and Jewish Alliance, Ezra Ministries, dba The Mission Church, and Ruth Mastron .

Date: 09/15/26

/s/: Ryan N. Gardner
*Attorney's signature*

Ryan N. Gardner
*Printed name and bar number*

First Liberty Institute
2001 W. Plano Pkwy., Ste. 1600
Plano, Texas 75075
*Address*

RGardner@firstliberty.org
*E-mail address*

(972) 941-4444
*Telephone number*

*FAX number*

Print Save As... Reset