# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Christian and Jewish Alliance Inc., a California not-for-profit corporation, Ezra Ministries, a California not-for-profit religious corporation, d/b/a The Mission Church, and Ruth Mastron, **Plaintiff,**

**v.**

Daniel Brunner, Aimee Magda Werth, Kristina Turner-Brown, Patrick Hartley, Sasha Spite Miller, Jacob Pagaduan, Esmat "Essie" Baradar, Jonathan Provance, Maya Karalius, and Does 1-40, **Defendant.**

**Case No.** 25-cv-2992

## PRO HAC VICE APPLICATION

Plaintiffs: Christian and Jewish Alliance, et al.

Party Represented

I, Caroline M. Hoch hereby petition the above entitled court to permit me
(Applicant)

to appear and participate in this case and in support of petition state:

My firm name: First Liberty Institute
Street address: 2001 W. Plano Pkwy., Ste. 1600
City, State, ZIP: Plano, Texas 75075
Phone number: 972-941-4444
Email: CHoch@FirstLiberty.org

That on 10-5-26 (Date) I was admitted to practice before U.S. District Court for the Eastern District of Texas (Name of Court)

and am currently in good standing and eligible to practice in said court, that I am not currently suspended or disbarred in any other court, and that I ☐ have) ☒ have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case __

Case Number ____ Date of Application ____

Application: ☐ Granted ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Caroline M. Hoch
(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

David J. Hacker (Name)

972-941-4444 (Telephone)

First Liberty Institute (Firm)

2001 W. Plano Pkwy., Ste. 1600, Plano, TX 75075
(Street) (City) (Zip code)

/s/ Caroline M. Hoch
(Signature of Applicant)

I hereby consent to the above designation.

/s/ David J. Hacker
(Signature of Designee Attorney)