C. Kevin Marshall (DCSBN 476266)
John C. Brinkerhoff Jr. (DCSBN 1765474)
Janessa B. Mackenzie (DCSBN 90007987)
**JONES DAY**
51 Louisiana Ave., NW
Washington, DC 20001
Telephone: (202) 879-3939
jbrinkerhoff@jonesday.com

David J. Hacker (SBN 249272)
Ryan Gardner (TXSBN 24101790)
**FIRST LIBERTY INSTITUTE**
2001 W. Plano Pkwy, Ste. 1600
Plano, TX 75075
Telephone: (972) 941-4444
dhacker@firstliberty.org

*Attorneys for Plaintiffs Christian & Jewish Alliance, Ezra Ministries, and Ruth Mastron*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

Christian and Jewish Alliance Inc., a California not-for-profit corporation, Ezra Ministries, a California not-for-profit religious corporation, d/b/a The Mission Church, and Ruth Mastron,

*Plaintiffs*,

v.

Daniel Brunner, Aimee Magda Werth, Kristina Turner-Brown, Patrick Hartley, Sasha Spite Miller, Jacob Pagaduan, Jonathan Provance, Maya Karalius, and Does 1-40,

*Defendants*.

Case No. 3:25-cv-02992-AGS-AHG

Judge: Hon. Andrew G. Schopler

**MOTION FOR LEAVE TO USE ITEMIZED ELECTRONICS IN COURT**

Date: October 21, 2026
Time: 2:00 p.m.
Ctrm: Edward J. Schwartz
United States Courthouse
221 West Broadway
San Diego, CA 92101

Pursuant to Chambers Rule 4, Plaintiffs Christian and Jewish Alliance Inc., The Mission Church, and Ruth Mastron (hereinafter "Plaintiffs") respectfully move the Court for leave to use the below-listed electronic devices at the parties' upcoming hearing on October 21, 2026:

1. Four laptops;
2. Four personal smart phones;

Dated: October 15, 2026

By: */s/ John C. Brinkerhoff Jr.*
John C. Brinkerhoff Jr.

David J. Hacker (SBN 249272)
Ryan Gardner (*pro hac vice*)
**FIRST LIBERTY INSTITUTE**
20001 W. Plano Pkwy, Ste. 1600
Plano, TX 75075
Telephone: (972) 941-4444
e-mail: dhacker@firstliberty.org

C. Kevin Marshall (*pro hac vice*)
John C. Brinkerhoff Jr. (*pro hac vice*)
jbrinkerhoff@jonesday.com
Janessa Mackenzie (*pro hac vice*)
**JONES DAY**
51 Louisiana Ave., NW
Washington, DC 20001
Telephone: (202) 879-3939
e-mail: jbrinkerhoff@jonesday.com

*Attorneys for Plaintiffs Christian & Jewish Alliance, Ezra Ministries, and Ruth Mastron*