**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

Christian & Jewish Alliance Inc., a California not-for-profit corporation, Ezra Ministries, a California not-for-profit religious corporation, d/b/a The Mission Church, and Ruth Mastron,

*Plaintiffs*,

v.

Daniel Brunner, Aimee Magda Werth, Kristina Turner-Brown, Patrick Hartley, Sasha Miller, Jacob Pagaduan, Jonathan Provance, Maya Karalius, and Does 1-40,

*Defendants*.

Case No. 3:25-cv-02992-AGS-AHG

**ORDER GRANTING MOTION FOR LEAVE TO USE ITEMIZED ELECTRONICS IN COURT**

This Court, having considered the Motion for Leave to Use Itemized Electronics in Court, **GRANTS** the Motion.

**IT IS SO ORDERED.**

Dated: October __, 2026

______________________________

Hon. Andrew G. Schopler
United States District Judge