Thomas B. Harvey (SBN 287198)
**Law Offices of Thomas B. Harvey**
365 E. Avenida de Los Arboles, #226
Thousand Oaks, CA 91360
Telephone: (805)768-4440
Email: tbhlegal@proton.me

Ben Gharagozli (SBN 272302)
**Law Offices of Ben Gharagozli**
7655 Winnetka Avenue, #2010
Winnetka, CA 91306
Telephone: (310) 272-9211
Facsimile: (855) 628-5517
Email: ben@lobglaw.com

Mark Kleiman (SBN 115919)
**Kleiman/Rajaram**
12121 Wilshire Blvd., Suite 810
Los Angeles, CA 90025
Telephone: (310) 392-5455
Email: mark@krlaw.us
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Christian and Jewish Alliance Inc., a California not-for-profit corporation, Ezra Ministries, a California not-for-profit religious corporation, d/b/a The Mission Church, and Ruth Mastron,<br><br>*Plaintiffs,*<br><br>v.<br><br>Daniel Brunner, Aimee Magda Werth, Kristina Turner-Brown, Patrick Hartley, Sasha Spite Miller, Jacob Pagaduan, Jonathan Provance, Maya Karalius, and Does 1-40,<br><br>*Defendants.* | Case No. 3:25-cv-02992-AGS-AHG<br><br>Judge: Hon. Andrew G. Schopler<br><br>**MOTION FOR LEAVE TO USE ELECTRONIC EQUIPMENT IN COURT PER CIVIL CHAMBERS RULE 4**<br><br>Date: October 21, 2026<br>Time: 2:00 p.m.<br>Location: Edward J. Schwartz United States Courthouse<br>221 West Broadway<br>San Diego, CA 92101 |

## MOTION FOR LEAVE TO USE ELECTRONIC EQUIPEMENT IN COURT

Pursuant to Chambers Rule 4, Defendants Daniel Brunner, Aimee Magda Werth, Kristina Turner-Brown, Patrick Hartley, Sasha Spite Miller, Jacob Pagaduan, Jonathan Provance, and Maya Karalius (hereinafter “Defendants”) respectfully move the Court for leave for defense counsel to use the below-listed electronic devices at the parties’ upcoming hearing on October 21, 2026 at 2:00 pm:

1. Two laptops (specifically, one Retina, 13-inch 2020 MacBook Air and an 16-inch 2020 MacBook Pro)

2. Two smart phones (specifically one Pixel 7a and Apple iphone).

DATED: October 15, 2026

RESPECTFULLY SUBMITTED,

LAW OFFICES OF THOMAS B. HARVEY

BY: [signature]

Thomas B. Harvey

LAW OFFICES OF BEN GHARAGOZLI

BY: /s/ Ben Gharagozli

Ben Gharagozli

Attorneys for Defendants