**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Christian and Jewish Alliance Inc., a California not-for-profit corporation, Ezra Ministries, a California not-for-profit religious corporation, d/b/a The Mission Church, and Ruth Mastron,<br><br>*Plaintiffs,*<br><br>v.<br><br>Daniel Brunner, Aimee Magda Werth, Kristina Turner-Brown, Patrick Hartley, Sasha Spite Miller, Jacob Pagaduan, Jonathan Provance, Maya Karalius, and Does 1-40,<br><br>*Defendants*. | Case No. 3:25-cv-02992-AGS-AHG<br><br>Judge: Hon. Andrew G. Schopler<br><br>**[PROPOSED] ORDER GRANTING DEFENSE COUNSEL'S MOTION FOR LEAVE TO USE ELECTRONIC EQUIPMENT IN COURT** |

**ORDER**

This Court, having considered Defendants' Motion for Leave to Use Itemized Electronics in Court, GRANTS the Motion. Defense counsel, Mr. Thomas B. Harvey and Mr. Behnam Gharagozli, may bring the following electronic devices to the hearing on October 21, 2026 at 2:00 pm: Two laptops (specifically, one Retina, 13-inch 2020 MacBook Air and one 16-inch 2019 MacBook Pro; and Two smart phones (specifically one Pixel 7a and an Apple iphone)

IT IS SO ORDERED.

Dated: October ___, 2026

______________________________

Hon. Andrew G. Schopler

United States District Judge