C. Kevin Marshall (DCSBN 476266)
John C. Brinkerhoff Jr. (DCSBN 1765474)
Janessa B. Mackenzie (DCSBN 90007987)
**JONES DAY**
51 Louisiana Ave., NW
Washington, DC 20001
Telephone: (202) 879-3939
Email: jbrinkerhoff@jonesday.com

David J. Hacker (SBN 249272)
Ryan Gardner (TXSBN 24101790)
**FIRST LIBERTY INSTITUTE**
2001 W. Plano Pkwy, Ste. 1600
Plano, TX 75075
Telephone: (972) 941-4444
Email: dhacker@firstliberty.org

*Attorneys for Plaintiffs Christian & Jewish Alliance, Ezra Ministries, and Ruth Mastron.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

Christian and Jewish Alliance Inc., a California not-for-profit corporation, Ezra Ministries, a California not-for-profit religious corporation, d/b/a The Mission Church, and Ruth Mastron,

*Plaintiffs,*

v.

Daniel Brunner, Aimee Magda Werth, Kristina Turner-Brown, Patrick Hartley, Sasha Spite Miller, Jacob Pagaduan, Jonathan Provance, Maya Karalius, and Does 1-40,

*Defendants.*

Case No. 3:25-cv-02992-AGS-AHG
Judge: Hon. Andrew G. Schopler

**UNOPPOSED MOTION FOR LEAVE TO FILE SUBSTITUTE DECLARATION**

Plaintiffs Christian and Jewish Alliance Inc., Ezra Ministries, and Ruth Mastron, respectfully move for leave to file the attached declaration of Michael Mahoney, Ex. A, as a substitute for ECF No. 35-11, which is an identical but unsigned declaration. Defendants consent to this motion. In support thereof, Plaintiffs state as follows:

1. On March 15, 2026, Michael Mahoney signed a declaration in support of Plaintiffs' motion for a preliminary injunction and sent that signed declaration to Plaintiffs' counsel. Mahoney's signed declaration is attached to this Motion. *See* Ex. A. The preliminary-injunction motion was filed eight days later on March 23, 2026.

2. While reviewing the filings in this case on October 14, 2025, Counsel for Plaintiffs noticed that that they had inadvertently filed an unsigned declaration of Michael Mahoney.

3. Except for the absence of a signature and date, the filed declaration, ECF No. 35-11, is identical to the signed declaration, Ex. A.

4. After learning of the omission, Counsel promptly notified Defendants' Counsel on October 14, 2026. On October 15, 2026, Defendants consented to the filing of this motion. Counsel filed this motion the same day.

5. This circumstance is common, and courts regularly grant leave to substitute for technical corrections of filings and deny motions to strike filings upon receipt of corrected filings.[1] Counsel is not aware of a decision rejecting leave where: (1) the declaration is identical, (2) counsel moved promptly after discovery, and (3) the signed declaration was in counsel's possession at the time of the original motion.

For the foregoing reasons, Plaintiffs respectfully request leave to file the attached Declaration of Michael Mahoney as a substitute for ECF No. 35-11.

---

[1] *See, e.g.*, *Acevedo v. The Loan Co. of San Diego*, No. 20-cv-1263, ECF No. 14 (S.D. Cal. July 28, 2020) (allowing party to substitute a complete and signed declaration after filing an unsigned, incomplete draft); *Feao v. Ponce*, 696 F. Supp. 3d 887, 893 n.3 (C.D. Cal. 2023) (similar); *S.F. Baykeeper v. W. Bay Sanitary Dist.*, 791 F. Supp. 2d 719, 735 (N.D. Cal. 2011) (similar); *Baker v. CMH Homes, Inc.*, 2019 WL 4414958, at *2 (W.D. Wash. 2019) (similar); *Hurst v. Walgreens*, 820 F. Supp. 3d 376, 379 (D.V.I. 2026) (similar); *Watford v. Harner*, 2021 WL 135205, at *4–5 (S.D. Ill. 2021) (similar); *Warner Records Inc. v. Charter Comm'cns, Inc.*, 2022 WL 1500780, at *6 (D. Colo. 2022) (similar); *Hairgrove v. City of Salisbury*, 2023 WL 5985349, at *1 (M.D.N.C. 2023) (similar), *aff'd* 2024 WL 4490634 (4th Cir. 2024).

Dated: October 15, 2026

By: */s/ John C. Brinkerhoff Jr.*
John C. Brinkerhoff Jr.

C. Kevin Marshall (*pro hac vice*)
John C. Brinkerhoff Jr. (*pro hac vice*)
Janessa Mackenzie (*pro hac vice*)
**JONES DAY**
51 Louisiana Ave., NW
Washington, DC 20001
Telephone: (202) 879-3939
Email: jbrinkerhoff@jonesday.com

David J. Hacker (SBN 249272)
Ryan Gardner (*pro hac vice*)
**FIRST LIBERTY INSTITUTE**
20001 W. Plano Pkwy, Ste. 1600
Plano, TX 75075
Telephone: (972) 941-4444
Email: dhacker@firstliberty.org

*Attorneys for Plaintiffs*

**RULE 5 CERTIFICATE OF COMPLIANCE**

Pursuant to Chambers Rule 5, Counsel for Plaintiffs certifies that they conferred with Counsel for Defendants on October 14, 2026 and October 15, 2026, about this Motion. Counsel for Defendants Consent to this Motion.

Dated: October 15, 2026

By: /s/ John C. Brinkerhoff Jr.
John C. Brinkerhoff Jr.