C. Kevin Marshall (DCSBN 476266)
John C. Brinkerhoff Jr. (DCSBN 1765474)
Janessa B. Mackenzie (DCSBN 90007987)
**JONES DAY**
51 Louisiana Ave., NW
Washington, DC 20001
Telephone: (202) 879-3939
Email: jbrinkerhoff@jonesday.com

David J. Hacker (SBN 249272)
Jeremiah G. Dys (TXSBN 24096415)
Kayla A. Toney (TXSBN 24141332)
**FIRST LIBERTY INSTITUTE**
2001 W. Plano Pkwy, Ste. 1600
Plano, TX 75075
Telephone: (972) 941-4444
Email: dhacker@firstliberty.org

*Attorneys for Plaintiffs Christian & Jewish Alliance, Ezra Ministries, and Ruth Mastron*.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

Christian and Jewish Alliance Inc., a California not-for-profit corporation, Ezra Ministries, a California not-for-profit religious corporation, d/b/a The Mission Church, and Ruth Mastron,

*Plaintiffs*,

v.

Daniel Brunner, Aimee Magda Werth, Kristina Turner-Brown, Patrick Hartley, Sasha Spite Miller, Jacob Pagaduan, Jonathan Provance, Maya Karalius, and Does 1-40,

*Defendants*.

Case No. 3:25-cv-02992-AGS-AHG

**DECLARATION OF MICHAEL MAHONEY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, Michael Mahoney, declare as follows:

1. I am over 18 years old and capable of making this declaration pursuant to 28 U.S.C. § 1746. I have personal knowledge of the contents of this declaration.

2. I work as Security Training Manager for Blackstone Consulting, which provides training and compliance for the Kaiser Permanente hospital system. I have significant professional experience managing stressful situations and providing emergency services.

3. I have been a committed Christian in the San Diego area for many years. I am also a licensed minister, and I serve with Christian Global Outreach Ministries in a volunteer capacity.

4. I am a member of the Mission Church in Carlsbad, CA, where I act in the formal capacity as a member of the Church's usher team. I served in that role at the Church's March 19 worship service and the Easter Sunday services. I also served in that role at the Christian and Jewish Alliance's (CAJA's) September 7 worship service, which the Mission Church sponsored.

5. My Christian faith is very important to me, and it shapes the way I spend my time and resources. As a committed member of The Mission Church, I believe that the Jews are God's chosen people and that Christians have a spiritual obligation to support and stand with our Jewish neighbors, especially when they face hostility and persecution.

6. I also believe that people of all faiths should be able to worship peacefully and without fear of violence or hostile disruptions. That is why I dedicate my time on the safety team at The Mission Church and at events with CAJA.

7. On March 19, 2025, I served as a member of the safety team for an interfaith worship service at the Mission Church where Dr. Einat Wilf was the featured speaker.

8. My job at that event was to ensure that the premises were safe for attendees. To that end, I stayed on or near the front entrance to the Church for the

entire event, with one exception to assist the usher team in removing a disruptor who was forcefully resisting removal.

9. About thirty minutes before the doors opened, I noticed an individual directly outside the Church. She brought a wagon full of signs and other materials that she began unloading. Her sign said, “EVIL WHITE SUPREMACISTS. You support the SLAUGHTER of Palestinian children.” (Image 1)




Image 1: Disruptor outside The Mission Church on March 19

10. A true and correct copy of this photo, which I took during the service, is attached to the Motion in larger form as part of Exhibit 55.

11. That individual was not disruptive and remained away from the entrance to the Church prior to the start of the event.

12. About 25 minutes after the event started, a few others joined this individual and began to loudly shout at the building, including through bullhorns.

13. Around that same time, members of our safety team escorted a man out of the front entrance. He had posed as an attendee and then disrupted the event by standing up and screaming about Palestine after Dr. Wilf began speaking. He continued to shout at the team members as he was removed from the building.

14. After this disruptor was removed from the Church, he removed his glasses, put on a jacket and keffiyeh, and wore a bandanna as a mask. He remained

in the same shirt, pants, and shoes. He then proceeded to join the disruptors outside the event in shouting at the church and any individual who happened to exit it.

15. At staggered times throughout the event, eight different disruptors in the sanctuary stood up individually to scream at Dr. Wilf and attendees. Risking our own safety, members of the safety team were forced to remove each of them, which took time to do and distracted from the service. Once removed, these disruptors did not leave the premises; instead, they joined the outside disruptors in seeking to interfere with the worship service from the outside.

16. One of these disruptors was as Sasha Spite Miller. (Image 2) When being removed from the building, she resisted removal by attempting to plant her feet and pushing her body against team members.



Image 2: Sasha Spite Miller being removed from the sanctuary.

17. Image 2 is a still from a video sent to me by a member of the safety team during the event. A true and correct copy is attached to the Motion as Exhibit 56. A true and correct copy of this video is attached to the Motion as Exhibit 57.

18. Another individual who disrupted the service from inside the sanctuary was Kristina Turner-Brown. (Image 3). Turner-Brown forcefully resisted removal, shoving and elbowing several different people who tried to remove her from the sanctuary.



Image 3: Kristina Turner-Brown being removed from the sanctuary.

19. Image 3 is a photo sent to me by a member of the safety team during the service. A true and correct copy of this photo is attached to the Motion as Exhibit 58.

20. A true and correct copy of a video of Turner-Brown's removal is attached to the Motion as Exhibit 59.

21. Of the remaining disruptors, one resisted removal so forcefully and effectively that it took six members of the safety team to remove him. During his removal, the safety team called me to the courtyard outside of the Church's fellowship hall to assist in the removal.

22. Once we removed this individual from the building, I remained at the front entrance to attempt to limit the harm that the disruptors caused.

23. As the service proceeded—and additional disruptors were removed—others joined the disruptors outside the Church, a group that gradually grew to a mob in front of our doors.

24. Daniel Brunner was part of that mob. Brunner had registered for the Church's event in his own name.

25. This mob continued to make as much noise as possible, which disrupted the service inside. They likewise harassed me and other members of the Church, cursing at us and hurling other nasty invective.



Image 4: Turner-Brown filming church attendees outside the Church entrance.



Image 5: Sasha Spite Miller waiving a Palestinian flag outside the Church entrance.

26. Miller and Turner-Brown remained outside of the Church and part of the mob through the rest of the night. (Images 4 & 5). True and correct copies of these photos are attached to the Motion as Exhibits 60 & 61.

27. Several agitators, including Turner Brown and Spite Miller, repeatedly attempted to enter Church property and walk up to the stairs and front door. Each time, I warned the disruptors that they were trespassing and asked them multiple times to back away from Church property. Most remained on the sidewalk just a couple of feet away from the church door. But Turner Brown repeatedly trespassed on Church property after I had warned them.

28. Due to the disruption, several dozen attendees left in the middle of the service. Fearing for their safety, many asked for an escort to their vehicle.

29. One of the signs that the disruptors used was particularly distinctive: a large, circular garbage can lid painted like a watermelon, with a red center, surrounded by white and green rings. (Image 6). A true and correct copy of this Image 6, which is a photo I took during the service, is attached to the Motion in larger form as part of Exhibit 62.



Image 6: The watermelon shield.

30. I repeatedly told the disruptors that we were just trying to worship in peace, but they did not care.

31. At the end of the event, the disruptors set up a projector, which they used to project images of starving and injured children on exterior walls of our Church. We did not have any advance notice of these graphic images, which sent a message of violence that the Church would not endorse.

32. As I left the front entrance to block the images from the projector from appearing on the Church with my body, the disruptors, including Turner-Brown and Spite Miller, crowded the stairs leading to the front door, which was the primary exit for the hundreds of worshippers inside the Church.

33. These disruptors blocked worshipers from exiting the Church and caused a severe bottleneck as people tried to leave.

34. Eventually, Carlsbad police officers arrived and attempted to open a pathway for worshipers to leave. The officers attempted to physically move the disruptors, including Spite Miller and Turner-Brown, from the entrance to the Church. I distinctly remember an officer shouting at the agitators, “You have to let them through. You have to let them through.”

35. The police eventually removed the disruptors from the entrance, pushed them partially back on the sidewalk, and attempted to block the disruptors from returning to the entrance by blocking disruptors with their bodies.

36. The disruptors continued to vehemently scream, including through bullhorns, at worshippers, accusing them (in curse-laden language) of being “murderers” and “Nazis.” Members of the safety team joined the police in forming a wall to stop the agitators from advancing and blocking the sidewalk. Other team members walked with worshippers to shepherd them to the Church parking lot.

37. The wall allowed worshippers to leave the service, albeit by walking alongside (and, for some, through or around) a hostile crowd screaming at them. Even then, it was not a smooth flow , and the bottleneck remained for some time.

38. During this chaos, the police detained Turner-Brown for obstructing their movement. (Image 7) A true and correct video of an officer walking Turner-Brown away from the entrance is attached to the Motion as Exhibit 63.



Image 7: Turner-Brown being detained for obstructing a Carlsbad police officer.

39. Eventually, I was called to escort Dr. Wilf out the small back door for her safety. She was able to then leave the event without harm from the disruptors at the front entrance.

40. March 19 was not my only encounter with this team of agitators. Several of the same people, joined by many others, returned to the Church on the holiest day of the year for Christians: Easter Sunday, April 20, 2025. Their intentions with our congregation were largely the same.

41. Like many churches, Easter is a critical period of outreach for our Church. We have the highest number of attendees on this day of the year, with many first-time guests attending one of our three worship services that day.

42. To celebrate the holy day, we had planned a special events for members and guests.

43. As part of the festivities, the Church received a permit from the City of Carlsbad to host Easter activities for children in its parking lot, including a large bouncy obstacle course and a petting farm with baby chicks for children of attendees to hold.

44. I was working as a safety team member on that day and had firsthand exposure to the disruptors.

45. While I was driving to the Church, I passed the disruptors in a parking lot three blocks away, where they appeared to be assembling.

46. During the Easter services, most agitators assembled across the street from the Church, where they shouted epithets and violent language at worshippers who happened to be outside, including children playing in the parking lot.

47. Among other signs brought by the disruptors was the watermelon shield from the March 17 disruption. I saw it had "Free Speech" painted on it. (Image 8).




Image 8: Disruptor with a bullhorn and the watermelon shield.

48. A true and correct copy of Image 8 is attached to the Motion as Exhibit 64.

49. Several disruptors paced the sidewalk in front of the Church, walking alongside and standing in front of worshipers. (Image 9)

50. Image 9 is a photo taken by a member of the safety team. A true and correct copy is attached to the Motion as Exhibit 65.




Image 9: Disrupters harassing a worshipper from three sides.

51. Because of the risk of harm from disruptors pacing the sidewalk abutting the parking lot, as well as their loud vulgarities and disturbing language about torturing children, the Church was forced to close the parking lot events for the safety of the children.

52. My third encounter with these disruptors was on September 7, 2025, when I volunteered at an interfaith worship service that was hosted by the Christian and Jewish Alliance. The Alliance invited our lead pastor, David Menard, to preach. Several dozens congregants from the Church also attended.

53. I arrived at the service an hour early and entered without harassment. My role was to protect Pastor Menard from potential harm.

54. While waiting for the event to start, I heard from others that masked individuals had jumped on the cars of incoming worshippers trying to park.

55. I saw individuals holding bullhorns and signs, including the large “America Funds Israel’s Genocide” sign and the watermelon shield present at the Church, on a sidewalk near the stage. (Image 10)

56. Image 10 is a picture that I took during the service. A true and correct copy of this picture is attached to the Motion as Exhibit 66.




Image 10: Disrupters on the sidewalk outside the service.

57. When the event started, those individuals disrupted the event by screaming into bullhorns, banging drums, and blaring sirens. The noise was overpowering.

58. As the event progressed, the disruptors encroached onto private property, walking up to a fence, which was approximately 10 feet from worshipers.

They then blared sirens and screamed through bullhorns, which made the event difficult to follow.

59. On the same day as the worship service, one of the disruptors posted a photo of me on Instagram (Image 11). In expletive-laden comments, this disruptor and another individual sought to identify me, stating that I was the "head of security" for "Pastor David Menard" and "works as security at the [M]ission [C]hurch in Carlsbad."




Image 11: Instagram post

60. A true and correct screenshot of the Instagram post targeting me is attached to the Motion as part of Exhibit 67.

61. The hostile disruptions on March 19, Easter Sunday, and September 7 have significantly changed how the Mission Church's safety team operates. We have had to conduct additional trainings for our members to ensure the safety of worshippers at church events. We have had to add safety team members to staff even

seemingly innocuous events, such as our Women's Christmas tea. And we have had to increase the number of members on the safety team.

62. More broadly, the agitators have created a culture of anxiety and fear within our church. We have struggled with how to respond, because we cannot change our sincere religious beliefs about supporting Jewish neighbors as God's chosen people. We want to continue hosting interfaith worship events. But I and many others in the congregation are worried that we will not be able to physically protect our members and guests from attacks by these disruptors.

I declare under penalty of perjury that the foregoing is true and correct.

15

Executed on March __, 2026.



Michael Mahoney