Gmail

**Ben Gharagozli <ben@lobglaw.com>**

---

## Substitution Motion Outreach

---

**Brinkerhoff, John** <jbrinkerhoff@jonesday.com> Thu, Oct 15, 2026 at 9:20 PM
To: TBHlegal <TBHlegal@proton.me>
Cc: Ben Gharagozli <ben@lobglaw.com>, Mark Kleiman <mark@krlaw.us>, "Marshall, C. Kevin" <ckmarshall@jonesday.com>, Ryan Gardner <rgardner@firstliberty.org>

Thomas,

Thanks for the response. We are happy to return the favor. We don't object to you bringing the case to the court's attention. We may file a short response about the opinion itself.

Appreciate the inquiry about the PI motion. Our position has not changed. If your clients have no intention of further disruptions, we can prepare a joint motion to enter Plaintiffs' requested preliminary injunction, which would likely obviate the need for further proceedings on that score.

Best,

John

John Brinkerhoff
JONES DAY® - One Firm Worldwide®
51 Louisiana Ave. NW
Washington, DC 20001
Office +1.202.879.3401

---

**From:** TBHlegal <TBHlegal@proton.me>
**Sent:** Thursday, October 15, 2026 4:28 PM
**To:** Brinkerhoff, John <jbrinkerhoff@jonesday.com>
**Cc:** Ben Gharagozli <ben@lobglaw.com>; Mark Kleiman <mark@krlaw.us>; Marshall, C. Kevin <ckmarshall@jonesday.com>; Ryan Gardner <rgardner@firstliberty.org>
**Subject:** Re: Substitution Motion Outreach

John,

Yes, that would be fine with us, thank you for asking. I also wanted to let you know we plan to file a RJN for the attached case. If you have any objections, please let us know.

Finally, I'd like to reopen the conversation about the preliminary injunction. To our understanding, there have been no additional alleged incidents involving our clients and any plaintiff since September 2025, a period of 13 months. The Church has continued to conduct weekly services and we have heard no allegations that Christian

and Jewish Alliance's events have been disrupted by our clients, or that our clients have threatened any future events.

While we dispute the allegations in the previously filed papers, we have not been made aware of any new allegations, or any reason to continue to seek a preliminary injunction. Given this record, could you say why you are not withdrawing the motion at this time?

Best,

Thomas

Law Offices of Thomas B. Harvey

365 E. Avenida De Los Arboles, #226

Thousand Oaks, CA 91360

(805) 768-4440

tbhlegal@proton.me

*Please be advised that the Law Offices of Thomas B. Harvey does not represent you until you have signed a retainer agreement with the firm. Until that time, you are responsible for any statutes of limitations or other deadlines for your case or potential case.*

**Disclaimer***: This message contains information which may be confidential and privileged. If you are not the intended recipient, you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please notify the sender by reply e-mail and then delete the message.*

Sent with Proton Mail secure email.

On Wednesday, October 14th, 2026 at 4:52 PM, Brinkerhoff, John <jbrinkerhoff@jonesday.com> wrote:

Counsel,

I hope you are doing well. While reviewing the files for *CAJA v. Brunner* today, we noticed that one of our declarations was filed unsigned. We plan to substitute it with the (otherwise identical) signed version that we intended to file. The court's ECF Policies suggest that it is a clerk's office fix, but they were not answering the phone today. We plan to try again tomorrow. But if we don't hear back, we plan to file a motion for a technical substitution of declarations.

If we end up having to file a motion, do you take a position on it? The signed version (dated March 15) is attached. For convenience, the filed version (ECF 35-11) is also attached. As noted, they are identical.

Thanks in advance for looking at this.

Best,

John

John Brinkerhoff
**JONES DAY® - One Firm Worldwide®**
51 Louisiana Ave. NW
Washington, DC 20001
Office +1.202.879.3401

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***