UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

CHRISTIAN & JEWISH ALLIANCE INC., et al.,

Plaintiffs,

v.

Daniel BRUNNER, et al.,

Defendants.

Case No.: 25-cv-02992-AGS-AHG

**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO DISMISS (ECF 40) AND DENYING PRELIMINARY-INJUNCTION MOTION (ECF 35)**

For the reasons stated on the record at the October 21, 2026 hearing, the Court orders as follows:

1. Defendants' motion to dismiss is **GRANTED** in part. Any allegations related to defendant Brunner regarding the September 7, 2025 incident are **DISMISSED** with leave to amend. In all other respects, the motion to dismiss is **DENIED**.

2. Plaintiffs' motion for a preliminary injunction is **DENIED**.

3. As to the anti-SLAPP motion (ECF 42), the parties must submit supplemental briefing on whether that motion is a legal or factual challenge. Defendants' brief is due November 4, 2026; plaintiffs' response is due November 18, 2026; the Court will hold a further hearing on that motion on December 2, 2026, at 3:00 p.m. Both supplemental briefs are limited to five pages.

4. By November 20, 2026, plaintiffs must file any second amended complaint.

Dated: October 22, 2026

Hon. Andrew G. Schopler
United States District Judge