Thomas B. Harvey (SBN 287198)
**Law Offices Of Thomas B. Harvey**
365 E. Avenida de Los Arboles, #226
Thousand Oaks, CA 91360
(805)768-4440
tbhlegal@proton.me

Ben Gharagozli (SBN 272302)
**Law Offices Of Ben Gharagozli**
7655 Winnetka Avenue, #2010
Winnetka, CA 91306
Telephone: (310) 272-9211
Email: ben@lobglaw.com

Mark Kleiman (SBN 115919)
**Kleiman/Rajaram**
12121 Wilshire Blvd., Suite 810
Los Angeles, CA 90025
(310) 392-5455
mark@krlaw.us

Attorneys for Defendants, Daniel Brunner, Aimee Magda Werth, Kristina Turner-Brown, Patrick Hartley, Sasha Spite Miller, Jacob Pagaduan, Jonathan Provance, and Maya Karalius

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

Christian and Jewish Alliance Inc., a California not-for-profit corporation, Ezra Ministries, a California not-for-profit religious corporation, d/b/a The Mission Church, and Ruth Mastron,

*Plaintiffs,*

v.

Daniel Brunner, Aimee Magda Werth, Kristina Turner-Brown, Patrick Hartley, Sasha Spite Miller, Jacob Pagaduan, Jonathan Provance, Maya Karalius, and Does 1-40,

*Defendants.*

Case No. 3:25-cv-02992-W-AHG

Judge: Hon. Andrew G. Schopler

**NOTICE OF WITHDRAWAL OF ATTORNEY MARK KLEIMAN AS COUNSEL FOR DEFENDANTS**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 83.3 of the United States District Court of the Southern District of California, Attorney Mark Kleiman of the law firm KLEIMAN/RAJARAM hereby withdraws as counsel of record for Defendants, Daniel Brunner, Aimee Magda Werth, Kristina Turner-Brown, Patrick Hartley, Sasha Spite Miller, Jacob Pagaduan, Jonathan Provance, and Maya Karalius in the above-captioned matter.

Thomas B. Harvey, Esq. and Ben Gharagozli, Esq., who have already appeared in this action as co-counsel, will continue to represent Defendants, Daniel Brunner, Aimee Magda Werth, Kristina Turner-Brown, Patrick Hartley, Sasha Spite Miller, Jacob Pagaduan, Jonathan Provance, and Maya Karalius as counsel of record for all purposes. No delay in any scheduled dates or deadlines in this action will result from this withdrawal.

It is requested that attorney Mark Kleiman be removed from the Court's CM/ECF electronic service list, and that all future notices, pleadings, and correspondence be directed solely to remaining counsel Thomas B. Harvey, Esq. and Ben Gharagozli, Esq.

Respectfully submitted,

Dated: November 5, 2026 KLEIMAN RAJARAM

By: Mark Kleiman

Mark Kleiman

# CERTIFICATE OF SERVICE

All Case Participants are registered for the USDC CM/ECF System.

I hereby certify that on November 5, 2026, I electronically filed the foregoing **NOTICE OF WITHDRAWAL OF ATTORNEY MARK KLEIMAN AS COUNSEL FOR DEFENDANTS** with the clerk of the Court for the United States District Court, Southern District of California by using the CM/ECF System.

Participants in the case will be served by the CM/ECF System.

Dated: November 5, 2026

By: Mark Kleiman

Mark Kleiman (SBN 115919)
KLEIMAN/RAJARAM
12121 Wilshire Blvd., Suite 810
Los Angeles, CA 90025
(310) 392-5455
mark@krlaw.us