C. Kevin Marshall (DCSBN 476266)
John C. Brinkerhoff Jr. (DCSBN 1765474)
**JONES DAY**
51 Louisiana Ave., NW
Washington, DC 20001
Telephone: (202) 879-3939
jbrinkerhoff@jonesday.com

David J. Hacker (SBN 249272)
Ryan Gardner (TXSBN 24101790)
**FIRST LIBERTY INSTITUTE**
2001 W. Plano Pkwy, Ste. 1600
Plano, TX 75075
Telephone: (972) 941-4444
dhacker@firstliberty.org

*Attorneys for Plaintiffs Christian & Jewish Alliance, Ezra Ministries, and Ruth Mastron*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

Christian and Jewish Alliance Inc., a California not-for-profit corporation, Ezra Ministries, a California not-for-profit religious corporation, d/b/a The Mission Church, and Ruth Mastron,

*Plaintiffs*,

v.

Daniel Brunner, Aimee Magda Werth, Kristina Turner-Brown, Patrick Hartley, Sasha Spite Miller, Jacob Pagaduan, Jonathan Provance, Maya Karalius, and Does 1-40,

*Defendants*.

Case No. 3:25-cv-02992-AGS-AHG

Judge: Hon. Andrew G. Schopler

**JOINT MOTION FOR LEAVE TO USE ITEMIZED ELECTRONICS IN COURT**

Date: December 2, 2026
Time: 3:00 p.m.
Ctrm: Edward J. Schwartz
United States Courthouse
221 West Broadway
San Diego, CA 92101

Pursuant to Chambers Rule 4, Plaintiffs Christian and Jewish Alliance Inc., The Mission Church, and Ruth Mastron and Defendants Daniel Brunner, Aimee Magda Werth, Kristina Turner-Brown, Patrick Hartley, Sasha Spite Miller, Jacob Pagaduan, Jonathan Provance, and Maya Karalius jointly move the Court for leave to use the below-listed electronic devices at the parties' upcoming hearing on December 2, 2026:

1. For Plaintiffs: two laptops and two smart phones;
2. For Defendants: two laptops and two smart phones.

Dated: November 25, 2026

By: */s/ Ben Gharagozli*
Ben Gharagozli

Ben Gharagozli (SBN 272302)
**LAW OFFICES OF BEN GHARAGOZLI**
7655 Winnetka Avenue, #2010
Winnetka, CA 91306
Telephone: (310) 272-9211
Facsimile: (855) 628-5517
e-mail: ben@lobglaw.com

Thomas B. Harvey (SBN 287198)
**LAW OFFICES OF THOMAS B. HARVEY**
365 E. Avenida de Los Arboles, #226
Thousand Oaks, CA 91360
Telephone: (805)768-4440
e-mail: tbhlegal@proton.me

*Attorneys for Defendants*

By: */s/ John C. Brinkerhoff Jr.*
John C. Brinkerhoff Jr.

C. Kevin Marshall (DCSBN 476266)
John C. Brinkerhoff Jr. (DCSBN 1765474)
**JONES DAY**
51 Louisiana Ave., NW
Washington, DC 20001
Telephone: (202) 879-3939
e-mail: jbrinkerhoff@jonesday.com

David J. Hacker (SBN 249272)
Ryan Gardner (TXSBN 24101790)
**FIRST LIBERTY INSTITUTE**
2001 W. Plano Pkwy, Ste. 1600
Plano, TX 75075
Telephone: (972) 941-4444
e-mail: dhacker@firstliberty.org

*Attorneys for Plaintiffs*